**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs CANA Foundation, Laura Leigh, and Wild Horse Education (collectively, "Plaintiffs") have filed a request for a temporary restraining order. ECF No. 10 ("TRO Motion").[1] In their TRO Motion, Plaintiffs request that the Court enjoin the Bureau of Land Management ("BLM") and Jon Raby, in his official capacity as the State Director for BLM in Nevada (collectively, "Federal Defendants"), from completing a crucial gather of wild horses and burros being conducted under the Wild Free-Roaming Horses and Burros Act, 16 U.S.C. §§ 1331-1340, until Federal Defendants cease certain alleged violations of the First Amendment by "giv[ing] Plaintiffs unobstructed access to the BLM's activities, including the [horse and burro] temporary holding corrals." TRO Motion at 4. Plaintiffs filed their TRO Motion two days after the gather began on August 1, 2022, and before Federal Defendants had been served with the

---

[1] While it is styled as such, it is unclear whether Plaintiffs' TRO Motion additionally seeks a preliminary injunction. *See* Plaintiffs' Proposed Order, ECF No. 10-3 (seeking only a TRO); *see also* LR IC 2-2(b) ("For each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document.").

1

Complaint (as of the time of this filing, service on Federal Defendants has still not been perfected).[2]

In order to allow Federal Defendants a sufficient opportunity to respond to Plaintiff's request for the extraordinary remedy of a TRO, and in the interest of enabling the Court to make as an informed decision as possible, Federal Defendants respectfully request that the Court enter the following briefing and hearing schedule:

- Federal Defendants shall file their response to Plaintiffs' TRO Motion on **Monday, August 8, 2022**.

- If the Court deems that a TRO hearing is necessary after review of the parties' papers, a hearing will be held as soon as practical for the Court, but no earlier than **August 10, 2022**.

To the extent that it is possible and not a burden for the Court, given the short notice and the location of Federal Defendants' counsel in Washington, D.C., Federal Defendants respectfully request that any hearing scheduled on Plaintiffs' TRO Motion be held as virtual hearing in the interest of ensuring the ability for Federal Defendants' counsel to attend.

Dated: August 4, 2022

Respectfully Submitted,

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Acting Chief
BRIDGET KENNEDY McNEIL, Assistant Chief

 /s/ Michelle M. Spatz
Michelle M. Spatz, Trial Attorney
D.C. Bar No. 1044400
United States Department of Justice

---

[2] In a schedule published seven months ago, on January 4, 2022, BLM publicly announced its anticipated start-date of August 1 and end-date of August 30 for the Blue Wing Complex gather at issue. *See* https://wildhorseeducation.org/wp-content/uploads/2022/01/FY2022-Proposed-Wild-Horse-and-Burro-Gather-and-Fertility-Control-Schedule.pdf.

Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9741
Email: michelle.spatz@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2022, I filed the foregoing Motion to Set Briefing Schedule on Plaintiffs' Request for Temporary Restraining Order electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice