DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
ALEXANDRA J. MONSON
(Cal. Bar No. 324794, admitted pro hac vice)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502
jblome@greenfirelaw.com
amonson@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>　　　　Defendants. | CASE NO. 2:22-cv-01200<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 26, 2022<br>Hearing: August 12, 2022 at 2:00 pm PDT |

On August 7, 2022, the Bureau of Land Management ("BLM") concluded its roundup of burros at the Blue Wing Complex, so Plaintiffs have sent their observers to other roundup/gather events being conducted by BLM.[1] Plaintiffs CANA Foundation, Laura Leigh, and Wild Horse Education therefore withdrawal their motions for temporary restraining order (ECF No. 10) and preliminary injunction (ECF No. 16) seeking meaningful observation and access to the gather of burros at the Blue Wing Complex from Defendants BLM and Jon Raby, in his official capacity as the Nevada State Director of the BLM. Undersigned counsel has conferred with Defendants, and they do not object to Plaintiffs' withdrawal of their motions for emergency injunctive relief.

We respectfully ask the Court to withdrawal Plaintiffs' motions for temporary restraining order (ECF No. 10) and preliminary injunction (ECF No. 16) and to take the hearing scheduled for August 12, 2022 at 2:00 pm PDT (ECF No. 18) off calendar.

DATED: August 10, 2022                    Respectfully Submitted,

                                                              */s/ Alexandra J. Monson*
                                                              Jessica L. Blome
                                                              (Cal. Bar No. 314898, admitted pro hac vice)
                                                              Alexandra J. Monson
                                                              (Cal. Bar No. 324794, admitted pro hac vice)
                                                              GREENFIRE LAW, PC
                                                              P.O. Box 8055
                                                              Berkeley, CA 94707
                                                              (510) 900-9502
                                                              jblome@greenfirelaw.com
                                                              amonson@greenfirelaw.com

---

[1] *See* Bureau of Land Management, *2022 Blue Wing Complex Wild Horse and Burro Gather* (updated Aug. 9, 2022), https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada-humboldt-fo/2022-blue (showing that by August 7th, the BLM completed the gather of 805 burros).

Danielle M. Holt
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
    Ph (702) 222-9999
    Fax (702) 383-8741
danielle@decastroverdelaw.com

*Attorneys for Plaintiffs*