**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,

    *Federal Defendants*.

Case No. 2:22-cv-01200-CDS-BNW

**ORDER**

**[ECF Nos. 31, 32]**

Before the Court are the parties' Joint Motions to Set Scheduling Order and Expand Page Limits for Summary Judgment Briefing, ECF Nos. 31, 32.

Good Cause having been shown, it is ORDERED that the parties' joint motions, ECF Nos. 31, 32 are GRANTED, and the following schedule shall govern this matter:

**A.**     **Filing the Administrative Record and Related Motions.**

    **1.** On or before **January 18, 2023**, Federal Defendants shall file a notice of lodging the administrative record, administrative record index, and certification of the record on the Court's CM/ECF system. Federal Defendants will simultaneously lodge the administrative record with the Court by providing two identical USB thumbdrives to the Clerk's office (one for Chambers' use) and produce the

administrative record to Plaintiffs via USB thumbdrive or a secure electronic dropbox link.

2. On or before **February 3, 2023**, Plaintiffs shall notify Federal Defendants whether they believe the Administrative Record is complete or requires supplementation with additional materials, whether they believe any exceptions to record review are applicable, and/or whether they believe there is a need for judicial review of extra-record materials. If there is a dispute over any of these issues, the parties will attempt to negotiate a resolution.

3. The parties shall file a status report by **February 24, 2023**, notifying the Court that either: (a) they have reached agreement that the record for judicial review is complete and intend to proceed as set forth below; or (b) Plaintiff intends to move the Court to resolve a dispute regarding the completeness of the Administrative Record, the applicability of any exceptions to record review, or the need for judicial review of extra-record materials. Any such motion shall be filed by **March 17, 2023**. Briefing on any such motion shall proceed in accordance with Local Rules. If such a motion is filed, the parties agree that briefing on summary judgment, as contemplated below, should not proceed until disputes over the content of the record are resolved, either by the Court or the parties.

B. **Motion for Summary Judgment.**

1. Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before **March 17, 2023** (to be limited to **40 pages**).

2. Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment on or before **April 14,**

. . .

. . .

. . .

**2023** (to be limited to **50 pages**).

3. Plaintiff shall file its Reply in Support of their Motion for Summary Judgment and any Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **May 12, 2023** (to be limited to **40 pages)**.

4. Federal Defendants shall file, if necessary, a Reply in Support of their Motion for Summary Judgment on or before **June 9, 2023** (to be limited to **30 pages**).

_____
U.S. District Judge Cristina D. Silva

DATED: October 7, 2022