**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>Federal Defendants | Case No. 2:22-cv-01200-CDS-BNW<br><br>**ORDER**<br>**[ECF No. 35]** |

Before the Court is the parties' Joint Motion Status Report and Motion to Amend the Scheduling Oder, ECF Doc. 35.

Good cause having been shown, it is ORDERED that the parties' joint motion, ECF Doc. 35, is GRANTED, and the following amended schedule shall govern this matter:

**A.  Filing of Amended Administrative Record.**

  1. On or before **March 17, 2023**, Federal Defendants shall file a notice of lodging the amended administrative record, amended administrative record index, and certification of the record on the Court's CM/ECF system. Federal Defendants will simultaneously lodge the amended administrative record with the Court by providing two identical USB thumbdrives to the Clerk's office (one for Chambers'

1

use) and produce the amended administrative record to Plaintiffs via USB thumbdrive or a secure electronic dropbox link.

B. **Filing of Plaintiffs' Record Dispute Motion.**

1. On or before **March 17, 2023**, Plaintiffs shall file a motion to resolve any dispute regarding the completeness of the Administrative Record, the applicability of any exceptions to record review, and/or the need for judicial review of extra-record materials.

2. On or before **March 31, 2023**, Federal Defendants shall file an opposition to Plaintiffs' motion.

3. On or before **April 14, 2023**, Plaintiffs shall file any reply in support of their motion.

C. **Cross-Motions for Summary Judgment.**

1. The summary judgment briefing schedule set forth in the Court's Order dated October 7, 2022, ECF Doc. 33, is hereby vacated.

2. Within 14 days of either a Court order on Plaintiffs' record dispute motion or any resolution reached by the parties, the parties shall file a joint motion to reset the summary judgment briefing schedule.

DATED: March 14, 2023

_____
U.S. District Judge Cristina D. Silva