DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the<br><br>Defendants. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, GINA TOMASELLI** |

Notice of Withdrawal of Counsel, Gina Tomaselli

PLEASE TAKE NOTICE that Gina Tomaselli hereby withdraws as counsel for Plaintiffs in this action, and in support of this notice states as follows.

1. As of July 12, 2023, Ms. Tomaselli is no longer affiliated with Greenfire Law, PC.
2. Plaintiffs will continue to be represented by counsel of record, Jessica L. Blome of Greenfire Law, PC and Danielle Holt of DeCastroverde Law Group.
3. Plaintiffs have knowledge of and agree with Ms. Tomaselli's withdrawal and their continued representation by the other counsel of record.
4. Thus, Ms. Tomaselli should be removed from the docket as counsel of record for Plaintiffs.

DATED: August 18, 2023               Respectfully Submitted,


*s/ Danielle M. Holt*

Danielle M. Holt
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
(702) 222-9999
danielle@decastroverdelaw.com

*/s/ Jessica L. Blome*
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, I electronically filed the foregoing Notice of Withdrawal of Counsel, Gina Tomaselli with the Clerk of the U.S. District Court in the District Court of Nevada using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jessica L. Blome*
Attorney for Plaintiffs

3   Notice of Withdrawal of Counsel, Gina Tomaselli