TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Chief
BRIDGET KENNEDY McNEIL, Assistant Chief
MICHELLE M. SPATZ, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9741
michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 2:22-cv-01200-CDS-BNW<br><br>**JOINT MOTION TO RESET THE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Per the Court's Order dated March 14, 2023, ECF No. 38, directing the parties to "file a joint motion to reset the summary judgment briefing schedule" within "14 days of either a Court order on Plaintiffs' record dispute motion or any resolution reached by the parties," Plaintiffs and Federal Defendants submit this joint motion to reset the summary judgment briefing schedule.

On October 7, 2022, the Court granted the parties' requested summary judgment briefing schedule and page limit extensions. ECF No. 33. Based on Plaintiffs' intent to file a

1

motion to resolve an administrative record dispute, and per the parties' request, the Court vacated the summary judgment briefing schedule. ECF No. 38. On March 16, 2023, Plaintiffs filed a motion to complete and supplement the administrative record, ECF No. 39, and on September 22, 2023, the Court issued an Order resolving the record dispute, ECF No. 47.

Accordingly, Plaintiffs and Federal Defendants jointly move to reset the summary judgment briefing schedule, with the page limit extensions previously granted by the Court, *see* ECF No. 33, as follows:

- **Cross-Motions for Summary Judgment.**
    - Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before **December 15, 2023** (to be limited to **40 pages**).
    - Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment on or before **February 23, 2024** (to be limited to **50 pages**).
    - Plaintiff shall file its Reply in Support of their Motion for Summary Judgment and any Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **March 22, 2024** (to be limited to **40 pages)**.
    - Federal Defendants shall file, if necessary, a Reply in Support of their Motion for Summary Judgment on or before **April 19, 2024** (to be limited to **30 pages**).

Per the Court's September 22, 2023 Order, ECF No. 47—denying Plaintiffs' requests to complete and supplement the administrative record with respect to all claims, with the exception of Plaintiffs' First Amendment claim (the Sixth Cause of Action in their First Amended Complaint, ECF No. 24)—the parties agree that they may rely on extra-record materials in their summary judgment briefing for the limited purpose of supporting/opposing

Plaintiffs' Sixth Cause of Action, so long as the materials fall into one of the categories of permissible materials identified in the Court's Order. *See* ECF No. 47 (allowing the supplementation of the record for Plaintiffs' First Amendment claim with the following materials: "(1) communications regarding public access to the 2022 Gather; (2) reports, policies, protocols, and press releases regarding historical public access; (3) contracts and communications within the agency or with third parties regarding facility placement and public access; (4) photos, videos, and audio submitted regarding the 2022 Gather; and (5) witness testimony regarding public access and historical access").

Dated: September 27, 2023   Respectfully Submitted,

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Chief
BRIDGET KENNEDY McNEIL, Assistant Chief

*/s/ Michelle M. Spatz*
Michelle M. Spatz, Trial Attorney
D.C. Bar No. 1044400
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9741
michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Jessica L. blome*
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2023, I filed the foregoing Joint Motion to Reset the Summary Judgment Briefing Schedule electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice