**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, | )<br>)<br>)<br>) Case No. 2:22-cv-01200-CDS-BNW<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) **[PROPOSED] ORDER**<br>) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, | )<br>)<br>)<br>)<br>) |
| *Federal Defendants*. | )<br>) |

Before the Court is the parties' Joint Motion to Reset the Summary Judgment Briefing Schedule, ECF No. 48.

Good Cause having been shown, it is ORDERED that the parties' joint motion, ECF No. 48, is GRANTED, and the following schedule shall govern this matter:

- **Cross-Motions for Summary Judgment.**

    1. Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before **December 15, 2023** (to be limited to **40 pages**).

    2. Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment on or before **February 23, 2024** (to be limited to **50 pages**).

1

3. Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and any Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **March 22, 2024** (to be limited to **40 pages**).

4. Federal Defendants shall file, if necessary, a Reply in Support of their Motion for Summary Judgment on or before **April 19, 2024** (to be limited to **30 pages**).

- **Extra-Record Materials.** Per the Court's September 22, 2023 Order, ECF No. 47, for the limited purpose supporting/opposing Plaintiffs' Sixth Cause of Action (First Amendment), the parties may rely on the below-listed extra-record materials in their summary judgment briefing and are otherwise restricted to the Administrative Record:

    1. communications regarding public access to the 2022 Gather;
    2. reports, policies, protocols, and press releases regarding historical public access;
    3. contracts and communications within the agency or with third parties regarding facility placement and public access;
    4. photos, videos, and audio submitted regarding the 2022 Gather; and
    5. witness testimony regarding public access and historical access.

DATED this ___ day of _____, 2023.

_____
U.S. District Judge Cristina D. Silva