**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CANA FOUNDATION, a non-profit
corporation, LAURA LEIGH, individually, and
WILD HORSE EDUCATION, a nonprofit
corporation,

      *Plaintiffs*

  v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, BUREAU OF LAND
MANAGEMENT, and JON RABY, Nevada
State Director of the Bureau of Land
Management,

      *Federal Defendants*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22-cv-01200-CDS-BNW

**Order Granting Joint Motion to
Reset Summary Judgment Briefing
Schedule**

**[ECF No. 48]**

      Before the Court is the parties' Joint Motion to Reset the Summary Judgment Briefing
Schedule, ECF No. 48.

      Good cause having been shown, it is ORDERED that the parties' joint motion, ECF
No. 48, is GRANTED, and the following schedule shall govern this matter:

- **Cross-Motions for Summary Judgment.**

    1. Plaintiffs shall file their Motion for Summary Judgment and supporting

       materials on or before **December 15, 2023** (to be limited to **40 pages**).

    2. Federal Defendants shall file their Opposition to Plaintiffs' Motion for

       Summary Judgment and any Cross-Motion for Summary Judgment on or before

       **February 23, 2024** (to be limited to **50 pages**).

3. Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and any Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **March 22, 2024** (to be limited to **40 pages)**.

4. Federal Defendants shall file, if necessary, a Reply in Support of their Motion for Summary Judgment on or before **April 19, 2024** (to be limited to **30 pages**).

- **Extra-Record Materials.** Per the Court's September 22, 2023 Order, ECF No. 47, for the limited purpose supporting/opposing Plaintiffs' Sixth Cause of Action (First Amendment), the parties may rely on the below-listed extra-record materials in their summary judgment briefing and are otherwise restricted to the Administrative Record:

    1. communications regarding public access to the 2022 Gather;

    2. reports, policies, protocols, and press releases regarding historical public access;

    3. contracts and communications within the agency or with third parties regarding facility placement and public access;

    4. photos, videos, and audio submitted regarding the 2022 Gather; and

    5. witness testimony regarding public access and historical access.

DATED: September 27, 2023

_____
U.S. District Judge Cristina D. Silva