DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants.* | CASE NO. 2:22-cv-01200-CDS-BNW<br><br>**DECLARATION OF LAURIE FORD ON BEHALF OF WILD HORSE EDUCATION IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Amended Complaint Filed: September 2, 2022 |

I, Laura Ford, declare as follows:

1.      The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2.      I am a burro owner, rescuer, and rehabilitator. I have owned burros for 35 years. I have a deep abiding love and respect for burros.

3.      I am a member of Wild Horse Education (WHE) and serve as a contracted observation team member for the organization. I joined the WHE team to assure humane handling of wild horses and burros, with a particular interest in burros. I am concerned about the treatment of burros during gather operations.

4.      As an observation team member, I attended gather operations in the Blue Wing Complex in 2022.

5.      Prior to attending these operations in the Blue Wing Complex, I received both online and in-person training by WHE. Also, I have prior experience attending burro roundup operations by the BLM.

6.      WHE sent me to the Blue Wing Complex to observe and document the BLM's August 2022 wild horse and burro gather, as well as the conditions of the animals during shipping and while in temporary and off-range holding corrals.

7.      I arrived at the Blue Wing Complex the morning of August 1, 2022. I was escorted by the BLM to a public observation site that was approximately 1.3 to 1.8 miles away from the trap site. The trap site is where low-flying helicopters and wranglers drive the wild animals towards, and the animals are sent through chutes into pends, loaded onto truck, and brought to temporary holding corrals.

8.      From my observation site, I could hardly observe or document the gather operations because of the distance and obstruction from BLM trucks and stock trailers. Absolutely not details could be observed with the naked eye.

9.      Even using a 500 mm camera lens and a 3000 mm video camera, I could not view BLM's actions nor assess the condition of the animals being gathered and loaded onto trucks.  I was only able to tell that some burros, including small ones were captured. I could not note individuals or conditions.

10. On August 1, 2022, I took several photographs of the gather trap with a 500 mm camera lens. Attached hereto as **Exhibit 1** to this declaration are true and correct copies of two of those photographs. Any viewer can see that I could not discern any detail of the conditions of the burros, even when using a lens with 500 mm of magnification power.

11. On august 1, 2022, I also took video of the gather trap site with a 3000 mm lens. Attached hereto as **Exhibit 2** to this declaration are true and correct copies of two screenshots from that video footage. Again, any viewer can see that the video did not produce detail sufficient to access the animals' condition beyond an anecdotal statement that a lot of burros were captured.

12. On August 1, 2022, I also was denied access to the temporary holding corrals where the gathered burros were being held. Historically, I and other members of the public have been allowed daily tours of or access to temporary holding corrals to assess the condition of the animals and to document any individual markings or tags on the animals.

13. On August 1, 2022, I was informed that neither I nor other members of the public would be allowed any sort of access to the temporary holding corrals for the entirety of the gather and shipment operations.

14. The wild burros that were captured were shipped to the Axtell Off Holding Range Corrals in Axtell, Utah. On August 1, 2022, I was told that neither I nor other members of the public would have access to observe processing or assess the condition of burros at the Axtell Off Range Holding Corrals.

15. On August 2, 2022, I again attended the daily gather operations. I was escorted to the same public observation site that was 1.3 to 1.8 miles from the trap site. During the day, I could just barely see a burro being roped by a wrangler on horseback near the trap site. The burro appeared to struggle for over an hour, falling onto his side and perhaps flipping over at one point. I was denied access to view the burro close enough to identify him or his tag, which would have allowed me to track him through BLM's adoption and sales program or permanent placement in a long-term holding facility. I was also denied access to the temporary holding corrals at the Blue Wing Complex and so could not assess his condition after the struggle.

16. I remained at the Blue Wing Complex and attended the gather operations from August 3-7, 2022. At no time was I allowed access to any temporary holding corrals.

17.     On August 4, 2022, the trap site was moved, and the public observation site was likewise moved. The new observation site was approximately .7 miles from the new trap site. The distance and obstructions continued to prevent me from being able to observe details regarding individual animals and their conditions.

18.     WHE next asked me to travel to Utah to observe gather operations at the Bible Spring Complex. I also hoped to get close to the Axtell Off Range Holding Corrals to observe the burros that had been shipped there. The public was being allowed to view wild horses being held at these Corrals, but BLM informed me that no such access was being provided to view wild burros being held there. BLM indicated this was because its contract with the Corrals only allowed for public viewing of horses and not burros.

19.     I fear that the public was not provided access to the burros at Axtell because the conditions of the burros would reveal that they are not being treated humanely.

20.     In the Gather EA for the Blue Wing Complex, BLM noted that the expected mortality for individual horses and burros is at .5%.  I submitted several FOIA requests to BLM to request information on the condition of gathered burros in hopes of accessing whether this mortality rate is accurate.

21.     After BLM completed its gather, I submitted a request for documents to BLM for information related to the gather pursuant to the Freedom of Information Act. Attached hereto as **Exhibit 3** to this declaration is a true and correct copy of a spreadsheet I received from BLM in response to my FOIA request (FOIA UT-2023-47 DOI-BLM-2023-002860) regarding the health status of burros gathered in the Blue Wing Complex in August of 2022 and shipped to Axtell Off Range Holding Corrals, which I was denied access to. BLM reports on their website that 794 burros were gathered and shipped to these facilities, with 14 burros dying at the trap/gather site.[1]

22.     According to Exhibit 3, from 8/9/22 to 9/29/22, an additional 30 burros died while at the Axtell Off Range Holding Corrals. The vast majority died from hyperlipidemia. Based on these numbers, 5.5% of the burros died either at the trap/gather site or within two months of capture.

---

[1] *See* U.S. Bureau of Land Management, Program, Wild Horse and Burro, Herd Management, "2022 Blue Wing Complex Wild Horse and Burro Gather," available at https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada-humboldt-fo/2022-blue (last visited December 14, 2023).

23.     Attached hereto as **Exhibit 4** to this declaration is a true and correct copy of another spreadsheet I received from BLM in response to my FOIA request (FOIA 1278(NV954) BLM-2023-002106). Exhibit 4 shows burro deaths associated with the 2020 Selenite Range HA nuisance gather, which occurred within the Blue Wing Complex on 11/29/20. The document shows that 218 horses were gathered. BLM reports on their website that 3 burros died.[2] The Exhibit 4 document confirms that 3 burros died at the trap/gather site, but they also show that an additional 35 burros died thereafter when removed from the trap/gather site. Thirty-eight deaths out of 218 gathered burros means that 17.5% of the gathered burros ended up dead. In addition, the Exhibit 4 documents show that over 5% of the gathered burros died within a month of the 11/29/20 gather operations. Causes of death included hyperlipidemia, respiratory: other, starvation, unknown, and more.

24.     Attached hereto as **Exhibit 5** to this declaration is a true and correct copy of a third spreadsheet I received from BLM in response to my FOIA request (FOIA UT-2023-76 DOI-BLM-2023-004535). Exhibit 5 shows burro deaths associated with the 2022 gather at the Sinbad HMA. Following the initial roundup, the gathered burros were taken to the Axtell Off Range Holding Corrals, which I was denied access to. BLM's website shows 153 burros were gathered and shipped, and one burro died at the trap/gather.[3] Exhibit 5 also show that 24 additional burros died at the Axtell Off Range Holding Corrals, which is 15.7% of the total gathered and shipped. All but four of the burros died within 1 to 2 months of capture. Causes of death included hyperlipidemia, foaling complications, hemorrhaging associated with castration, and more.

25.     Attached hereto as **Exhibit 6** to this declaration is a true and correct copy of a veterinary report I received from BLM in response to my FOIA request (FOIA UT-2023-76 DOI-BLM-2023-004535) regarding a burro deaths associated with the 2022 gather at the Sinbad HMA. This document reports on a burro that died from hyperlipidemia. The veterinary notes that

---

[2] *See* U.S. Bureau of Land Management, Programs, Wild Horse and Burro, Herd Management, Gathers and Removals, Nevada, "2020 Selenite Wild Burro Gather," available at https://www.blm.gov/programs-wild-horse-and-burro-herd-management-gathers-and-removals-nevada-2020-selenite-wild-burro#:~:text=The%20gather%20%20will%20begin%20on,Corrals%2C%20in%20Reno%2C%20NV (last visited Dec. 14, 2023).

[3] *See* U.S. Bureau of Land Management, Programs, Wild Horse and Burro, Herd Management, Gathers and Fertility Control Operations, Utah, 2022 Sinbad Herd Management Area Wild Burro Gather, available at https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/utah/2022-sinbad-herd-management (last visited Dec. 14, 2023).

"[h]yperlipemia frequently affects donkeys and is most prevalent during pregnancy. Hyperlipemia is often fatal."

26.     Since 2017, when the Blue Wing Complex Gather EA was adopted, the data and scientific literature clearly establish that one of the main causes of death for burros after capture is from hyperlipidemia.

27.     Hyperlipidemia involves the abnormal accumulation of lipids in blood. It is more likely to occur in burros than adult horses, and it is more life-threatening to burros than adult horses. It is more likely to occur in pregnant and stressed burros.[4]

28.     Hyperlipemia is caused by a negative energy balance or primary disease state. The initial roundup and "handling" of burros causes stress and a negative energy balance. This stress, when combined with a pre-existing non-life-threatening illness, separation from a bonded pair, or exposure to a totally new environment and unnatural diet, often leads to inappetence in burros. In response, a burro's body starts to mobilize fat reserves as an energy source, causing excess fat in the bloodstream to infiltrate the organs and lead to organ failure and death. The simple release of stress hormones alone can promote this mobilization of deadly excess fat. Pregnant jennies are especially prone to hyperlipidemia due to their extra energy needs. Hyperlipidema carries a high risk of death even when recognized and treated promptly. *See id.*

29.     Because blood tests or a necropsy is required to diagnose hyperlipidemia, and BLM does not always conduct such blood tests or necropsies on burros who die, I have seen BLM often simply state the manner of death is unknown, acute, chronic or following long illness, due to failure to thrive, due to foaling complications or simply that the animal was found dead. Yet, all of these phrases point to potential hyperlipidemia.

---

[4] *See* Hyperlipemia and Hepatic Lipidosis in Large Animals, Merck Veterinary Manual, available at https://www.merckvetmanual.com/digestive-system/hepatic-disease-in-large-animals/hyperlipemia-and-hepatic-lipidosis-in-large-animals?gclid=Cj0KCQiA7OqrBhD9ARIsAK3UXh0Kc5My2XoHx8O9_5nokQGKWigHp8zGoVuisbw9z5YDT-S34iyNbBMaAgL6EALw_wcB&gclsrc=aw.ds (last visited Dec. 14, 2023); Hyperlipaemia In Donkeys, Donkey Sanctuary, available at https://www.thedonkeysanctuary.org.uk/for-owners/donkey-health-and-welfare/hyperlipaemia-in-donkeys (last visited Dec. 14, 2023); Hyperlipaemia for Vets, Donkey Sanctuary, available at https://www.thedonkeysanctuary.org.uk/sites/uk/files/2019-02/Hyperlipaemia-for-vets.pdf (last visited Dec. 14, 2023); Equine Hyperlipidemias, H. McKenzie, Vet Clin North Am Equine Pract, 27 Apr 2011, available at https://pubmed.ncbi.nlm.nih.gov/21392654/ (last visited Dec. 14, 2023); Hyperlipidemia and Hyperlipemia in Horses – Causes, Symptoms & Treatment, E. Stronach, 14 Feb. 2022, available at https://madbarn.com/hyperlipidemia-in-horses/ (last visited Dec. 14, 2023).

30. Recent literature has shown that the transportation of donkeys can cause stress on the animals, impacting their health.[5]

31. As stated by Wang, stress from transporting burros can cause transport stress syndrome whereby the immunity of the animals is reduced. "Biological factors, especially pathogens, take advantage of this situation to cause respiratory and digestive system diseases and even systemic pathological reactions. Given that donkeys have a strong tolerance, the disease is already at an advanced stage when symptoms are detected." Stress from transportation increases cortisol concentrations and burros' heart rates. *See* Survival Rate of Donkey Foals at pages 344-345.

32. Dai reported that stress from transport was more profound in donkeys that had never previously been transported. This stress was associated with increased cortisol concentrations. *See* Habituation to Transport Helps Reducing Stress-Related Behavior in Donkeys During Loading at pages 1, 3-6.

33. Increased cortisol levels are associated with hyperlipidemia in burros.[6]

34. The 2017 Blue Wing Complex Gather EA did not differentiate between donkeys and horses when looking at the impact of gather operations, despite recognition that donkeys and horses are different physiologically different, and scientific data for horses should not be extrapolated for donkeys. *See* Donkey Internal Medicine. They have not conducted a new EA nor supplemented the 2017 Gather EA despite evidence that many more burros are dying than assumed by the 2017 Gather EA. They have not conducted a new EA nor supplemented the 2017 Gather EA despite new scientific evidence that gather operations are inherently stressful to burros and associated with hyperlipidema. This is relevant since so many burros have died from hyperlipidema.

---

[5] *See* Survival Rate of Donkey Foals: Status Quo and Improvement Methods,  Y.Wang et al., 18 August 2021, available at https://academicjournals.org/journal/AJB/article-full-text-pdf/D4F975867575 (last visited Dec. 14, 2023); Habituation to Transport Helps Reducing Stress-Related Behavior in Donkeys During Loading, F. Dai et al. 03 December 2020, available at https://www.frontiersin.org/articles/10.3389/fvets.2020.593138/full (last visited Dec. 14, 2023).

[6] *See* Donkey Internal Medicine—Part I: Metabolic, Endocrine, and Alimentary Tract Disturbances, F. Mendoza et al., J Equine Vet Sci., June 2018, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7111315/ (last visited Dec. 14, 2023).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 14th day of December 2023.

/s/ Laurie Ford
Laurie Ford

Declaration of Laurie Ford on Behalf of Wild Horse Education

# Exhibit 1

View of trap with 500 mm lens.



View of drive with 500 mm. No detail can be discerned.



# Exhibit 2

Screengrab of video with 3000 mm





# Exhibit 3



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT  84101-1434

May 8, 2023

In Reply Refer To:
1278 (UT-952)
FOIA UT-2023-47
DOI-BLM-2023-002860

Ms. Laurie Ford
P.O. Box 314
Glenwood, NM 88039

Dear Ms. Ford:

This is the Bureau of Land Management's (BLM) final response to your February 24, 2023, Freedom of Information Act (FOIA) request, received by the BLM Utah State Office on the same date. You requested all documents pertaining to the recent burro deaths (August-September 2022) that occurred at the Axtell Holding Facility. The information should include, but not be limited to:

1. All veterinarian records.
2. HMA the burros were gathered in and the dates they were shipped to Axtell.
3. Freeze brand identification, age, and sex of burros that died.
4. Copy of the BLM press release regarding these deaths, if any.
5. Any other available documentation or field notes.

After a thorough search, there are no records on file for items 4 and 5. Attached are 5 pages (4 documents) responsive to your request. Since we redacted information under Exemption 6 of the FOIA, and have no records for Items 4 and 5, we consider our response to be a partial denial of your request. Below is a detailed explanation:

Exemption 6 allows an agency to withhold "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." *See* 5 USC § 552(b)(6). We are withholding 4 pages in part under Exemption 6.

The phrase "similar files" covers any agency records containing information about a particular individual that can be identified as applying to that individual. To determine whether releasing records containing information about a particular individual would constitute a clearly unwarranted invasion of personal privacy, we are required to balance the privacy interest that would be affected by disclosure against any public interest in the information.

Under FOIA the only relevant public interest to consider under the exemption is the extent to which the information sought would shed light on an agency's performance of its statutory duties

INTERIOR REGION 7 • UPPER COLORADO BASIN

COLORADO, NEW MEXICO, UTAH, WYOMING

or otherwise let citizens know what their government is up to. The burden is on the requester to establish the disclosure would serve the public interest. When the privacy interest at stake and public interest in disclosure have been determined, the two competing interests must be weighed against one another to determine which is the greater result of disclosure: harm to personal privacy or benefit to the public. The purpose of the request for information does not impact this balancing test, as a release of information under FOIA constitutes a release to the general public.

The information withheld under Exemption 6 consists of names of veterinarians. We have determined that the individuals to whom this information pertains have a substantial privacy interest in withholding it. Additionally, you have not provided information to explain a relevant public interest under FOIA in the disclosure of the personal information and we have determined that the disclosure would shed little or no light on the performance of the agency's statutory duties. Because the harm to personal privacy is greater than whatever public interest may be served by disclosure, release of the information would constitute a clearly unwarranted invasion of the privacy of these individuals and we are withholding it under Exemption 6.

I am responsible for this decision, in consultation with Christopher Morley, Attorney-Advisor for the Department of the Interior (DOI), Intermountain Regional Solicitor's Office, Salt Lake City, Utah.

You may appeal this partial denial to the DOI FOIA/Privacy Act Appeals Officer. If you choose to appeal, the DOI FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90 workdays from the date of this letter. Appeals arriving or delivered after 5:00 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communication concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION ACT APPEAL." You must include an explanation of why you believe this response is in error. You must include with your appeal, copies of all correspondence between you and BLM concerning your FOIA request, including your original FOIA request and this response. Failure to include all correspondence between you and BLM will result in the DOI rejection of your appeal, unless the DOI FOIA/Privacy Act Appeals Officer determines (in their sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the DOI FOIA/ Privacy Act Appeals Officer needs additional information or clarification of your appeal. *DOI FOIA/Privacy Act Appeals Office Contact Information:*

> Department of the Interior, Office of the Solicitor
> FOIA/Privacy Act Appeals Office
> 1849 C Street, N.W.
> MS-6556 MIB
> Washington, D.C. 20240

Laurie Ford                                                                                      3

Telephone: (202) 208-5339                          Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

For information, Congress excluded three discrete categories of law enforcement and national
security records from the requirements of FOIA. *See* 5 USC 552(c). This response is limited to
those records that are subject to the requirements of FOIA. This is a standard notification that is
given to all our requesters and should not be taken as an indication that excluded records do, or
do not, exist.

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to
offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a
non-exclusive alternative to litigation. Using OGIS does not affect the timing of filing an appeal
with the DOI FOIA and Privacy Act Appeals Officer, nor does it affect your right to pursue
litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road **-** OGIS
College Park, MD 20740-6001

E-mail: ogis@nara.gov                              Web: https://www.archives.gov/ogis
Telephone: 202-741-5770                            Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also seek dispute resolution services from the DOI FOIA Public Liaison at
https://www.doi.gov/foia/foiacenters or by contacting Ryan Witt at (202) 680-4142.

These documents are being provided to you at no charge because the cost to process your FOIA
request fell below the minimum billable threshold. We do not charge requesters for FOIA
processing when their fees are less than $50.00, as the cost of collection would be greater than
the monies received.  *See* 43 CFR § 2.37(g).

If you have any questions concerning our response, please contact Marilyn Hedrick, FOIA
Specialist, at (801) 539-4071 or email BLM_UT_FOIA@blm.gov.

Sincerely,

JOSEPH      Digitally signed by JOSEPH
            MENDEZ
MENDEZ      Date: 2023.05.08 12:46:09
            -06'00'

Joseph C. Mendez,
Acting Associate State Director *for*

Gregory Sheehan
State Director

| Death Date | Death Age | Gender | Freezemark Tempid | Manner Of Death | Cause Of Death | Death Note | Capture Date | Capture Herd Place | Arrival Date |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2022 | 2 | Gelding | 20148303 | Euthanized: Chronic or Pre-existing Condition | Other | Vet thought it may have had either an autoimmune disease, or allergies. Sores on its face, eyes and nose draining, no other burros at the facility with similar symptoms. | 2/16/2022 | (A20003) Black Mountain | 4/20/2022 |
| 8/1/2022 | 5 | Gelding | 17148310 | Euthanized: Chronic or Pre-existing Condition | Physical Defect or Deformity: Congenital or Developmental | Crooked spine | 2/16/2022 | (A20003) Black Mountain | 4/18/2022 |
| 8/9/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/10/2022 | 2 | Male | | Died: Acute or Unexpected Death | Other | Was dead on the truck when it arrived to the facility. | 8/7/2022 | (NV0216) Seven Troughs | 8/9/2022 |
| 8/15/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/15/2022 | 8 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/15/2022 | 10 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/15/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/16/2022 | 4 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/17/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/17/2022 | 9 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/17/2022 | 12 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/20/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/20/2022 | 9 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/22/2022 | 3 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/22/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/24/2022 | 12 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/24/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/29/2022 | 6 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/29/2022 | 8 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/31/2022 | 20 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/31/2022 | 20 | Male | 02739526 | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/4/2022 | (NV0216) Seven Troughs | 8/5/2022 |
| 9/3/2022 | 10 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/4/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/6/2022 | 20 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/9/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/10/2022 | 25 | Male | | Died: Acute or Unexpected Death | Old Age | | 8/5/2022 | (NV0216) Seven Troughs | 8/7/2022 |
| 9/11/2022 | 25 | Female | | Died: Acute or Unexpected Death | Old Age | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/12/2022 | 25 | Female | | Died: Acute or Unexpected Death | Old Age | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/13/2022 | 7 | Female | 15739743 | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/13/2022 | 25 | Female | | Euthanized: Chronic or Pre-existing Condition | Physical Defect or Deformity: Congenital or Developmental | Front legs were crooked and deformed. | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/27/2022 | 20 | Female | | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/29/2022 | 20 | Gelding | 02738426 | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | | 12/22/2021 | (NV0524) Nevada Wild Horse Range | 12/22/2021 |

# Exhibit 4




# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada  89502-7147
http://www.blm.gov/nv

In Reply Refer To:
1278 (NV954)                                   March 31, 2023
FOIA No. BLM-2023-002106

Via Electronic Mail

Laurie Ford
PO Box 314
Glenwood, NM 88039

Dear Ms. Ford:

This letter is the final response to your Freedom of Information Act (FOIA) request submitted to the
Bureau of Land Management and assigned tracking number BLM-2023-002106. You requested:

> "I am requesting copies of all documents pertaining to any wild burro nuisance and/or emergency
> gathers conducted during fiscal years 2021, 2022, and thus far in fiscal year 2023.
>
> The information should include, but not be limited to:
>
> 1. Location and proximity to adjoining HMAs
> 2. Dates and type of gather
> 3. Total removed, break down of jacks, jennies, foals, deaths and their body score
> 4. Holding facility, they were transported to
> 5. Attached complaint letters/reasons for removal"

We are providing 16 pages of documents being released to you in full. In regards to item 5. of your
request, a search was conducted and after a thorough search of our files, BLM Nevada has determined
there are no records responsive to your request.

<u>Appeal Rights</u>

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer.  If you choose
to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90
workdays from the date of this letter.  Appeals arriving or delivered after 5 p.m. Eastern Time,
Monday through Friday, will be deemed received on the next workday.

Your appeal must be made in writing.  You may submit your appeal and accompanying materials to
the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email.  All communications
concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION
APPEAL."  You must include an explanation of why you believe the BLM's response is in error.

You must also include with your appeal copies of all correspondence between you and the BLM
concerning your FOIA request, including your original FOIA request and the BLM's response.  Failure

2

to include with your appeal all correspondence between you and the BLM will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Address your appeal to:

| | |
|---|---|
| Department of the Interior | Additional Contact Information: |
| Office of the Solicitor | Telephone:  (202) 208-5339 |
| 1849 C Street, NW, MS-6556 MIB | Fax: (202) 208-6677 |
| Washington, DC  20240 | E-mail:  FOIA.Appeals@sol.doi.gov |
| Attn: FOIA/Privacy Act Appeals Office | |

Office of Government Information Services

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.

You may contact OGIS in any of the following ways:  OGIS, NARA, 8601 Adelphi Road, College Park, Maryland 20740-6001; Email: ogis@nara.gov; Website; https://ogis.archives.gov; Telephone: 202-741-5770; Fax: 202-741-5769 or Toll-free: 1-877-684-6448.  You also may seek dispute resolution services from our FOIA Public Liaison, Ryan Witt at (202) 680-4142.  Using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Fees

We do not bill requesters for FOIA processing fees when their fees are less than $50.00, because the cost of collection would be greater than the fee collected.  See 43 C.F.R. § 2.37(g).  Therefore, there is no billable fee for the processing of this request.

Records Not Covered by the FOIA (FOIA Exclusions)

Beginning October 1, 2012, the inclusion of the following statement is mandatory for all BLM FOIA response letters:  For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.
See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Should you have any questions, please contact Tiffany Wilhelm, BLM Nevada's FOIA Specialist at (775) 861-6552, or via email at blm_nv_foia@blm.gov.

Sincerely,

HOLLY
VINALL

Digitally signed by HOLLY VINALL
Date: 2023.03.31 07:47:23 -07'00'

Holly J. Vinall
Deputy State Director
Support Services

23-002106
as of 3/29/23

| Gather Event Name | Gather Method | Gather Event Begin Date | Gather Event End Date | Gather Reason | Inside Outside | Capture Herd Place | Capture Date | Species | Gender | Capture Age | Holding Facility | Death Date | Death Location Type | Manner Of Death | Cause Of Death | Total Animals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Bullfrog_Nuisance | Other | 10/1/2021 | 9/30/2022 | Removal of Nuisance Animals | Out | (NV0629) Bullfrog | 10/27/2021 | Burro | Male | 0 (NV53) Palomino Valley Preparation Facility | | | | | | 1 |
| **2021_NV_Bullfrog_Nuisance Total** | | | | | | | | | | | | | | | | **1** |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 3 (NV53) Palomino Valley Preparation Facility | 12/20/2020 | Short Term Holding Facility | Died: Chronic or Following Long Illness | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 3 (NV53) Palomino Valley Preparation Facility | 1/2/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 3 (NV53) Palomino Valley Preparation Facility | 1/7/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 5 (NV53) Palomino Valley Preparation Facility | 12/7/2020 | Short Term Holding Facility | Died: Acute or Unexpected Death | Undiagnosed/Unknown | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 5 (NV53) Palomino Valley Preparation Facility | 12/21/2020 | Short Term Holding Facility | Died: Chronic or Following Long Illness | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 7 (NV53) Palomino Valley Preparation Facility | 12/25/2020 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 8 (NV53) Palomino Valley Preparation Facility | 12/25/2020 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 9 (NV53) Palomino Valley Preparation Facility | 1/2/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 10 (NV53) Palomino Valley Preparation Facility | 12/18/2020 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 15 (NV53) Palomino Valley Preparation Facility | 12/21/2020 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Respiratory: Other | 1 |

| Dataset | Method | Date | Date | Reason | Status | HMA | Date | Species | Sex | Facility | Date | Holding Type | Disposition | Cause | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 19 (NV53) Palomino Valley Preparation Facility | 1/3/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 20 (NV53) Palomino Valley Preparation Facility | 12/28/2020 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 1 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 2 (NV53) Palomino Valley Preparation Facility | | | | | 9 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 3 (NV53) Palomino Valley Preparation Facility | | | | | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 4 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 5 (NV53) Palomino Valley Preparation Facility | 1/27/2022 | Foster Care/Trainer | Died: Acute or Unexpected Death | Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 5 (NV53) Palomino Valley Preparation Facility | | | | | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 6 (NV53) Palomino Valley Preparation Facility | | | | | 5 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 7 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 8 (NV53) Palomino Valley Preparation Facility | 5/1/2021 | Adopter or Private Care | Died: Acute or Unexpected Death | Undiagnosed/Unknown | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 8 (NV53) Palomino Valley Preparation Facility | | | | | 8 |

| Gather | Method | Start Date | End Date | In/Out | Reason | HMA | Species | Date | Sex | Age | Facility | Date | Disposition | Category | Detail | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 10 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Undiaposed/Unknown | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 10 | (NVF53) Palomino Valley Preparation Facility | | | | | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 12 | (NVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 15 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 15 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 15 | (NVF53) Palomino Valley Preparation Facility | | | | | 5 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | 12/24/2021 | Adopter or Private Care | Died: Chronic or Following Long Illness | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | 1/2/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | | | | | 5 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Male | 6 | | 11/29/2020 | Trap/Gather Site | Euthanized: Chronic or Pre-existing Condition | Fracture: Chronic/Pre-existing | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Male | 11 | | 11/30/2020 | Trap/Gather Site | Euthanized: Chronic or Pre-existing Condition | Physical Defect or Deformity: Congenital or Developmental | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | Burro | 11/29/2020 | Male | 15 | | 11/29/2020 | Trap/Gather Site | Euthanized: Chronic or Pre-existing Condition | Fracture: Chronic/Pre-existing | 1 |

| HA | Method | Date | Date | Reason | In/Out | Date | Area | Species | Sex | Facility | Date | Holding | Death Type | Cause | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Male | 20 (NV53) Palomino Valley Preparation Facility | 2/5/2021 | Short Term Holding Facility | Died: Chronic or Following Long Illness | Gelding Complications: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Female | 0 (NV53) Palomino Valley Preparation Facility | | | | | 10 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Female | 0 (NV53) Palomino Valley Preparation Facility | | | | | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 1 (NV53) Palomino Valley Preparation Facility | 1/7/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 0 (NV53) Palomino Valley Preparation Facility | | | | | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 1 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 3 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 4 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 5 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 6 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 8 (NV53) Palomino Valley Preparation Facility | 7/6/2021 | Adopter or Private Care | Died: Chronic or Following Long Illness | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 8 (NV53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/30/2020 | (NV0212) Selenite Range | Burro | Gelding | 8 (NV53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Undiagnosed/Unknown | 1 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 8 (NV53) Palomino Valley Preparation Facility | | | | | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 10 (NV53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Diet: Chronic or Following Long Illness | Body Condition: Unable to Maintain or Improve | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 10 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 15 (NV53) Palomino Valley Preparation Facility | 5/12/2021 | Adopter or Private Care | Diet: Chronic or Following Long Illness | Old Age | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 0 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Male | 10 (NV53) Palomino Valley Preparation Facility | 2/5/2021 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Male | 0 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 1 (NV53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 2 (NV53) Palomino Valley Preparation Facility | | | | | 6 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 3 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 4 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 6 (NV53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Euthanized: Chronic or Pre-existing Condition | Starvation (food or water) | 1 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 6 (INVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 9 (INVF53) Palomino Valley Preparation Facility | | | | | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 14 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 19 (INVF53) Palomino Valley Preparation Facility | 1/7/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 19 (INVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 24 (INVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Gelding | 0 (INVF53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Male | 0 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 0 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 1 (INVF53) Palomino Valley Preparation Facility | 1/2/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 1 (INVF53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 2 (INVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Body Condition: Unable to Maintain or Improve | 1 |

| Gather | Method | Date 1 | Date 2 | Reason | In/Out | Location | Date 3 | Species | Sex | Facility | Date 4 | Disposition | Outcome | Cause | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 2 (NV53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 3 (NV53) Palomino Valley Preparation Facility | | | | | 8 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 4 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 5 (NV53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 6 (NV53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 9 (NV53) Palomino Valley Preparation Facility | 1/7/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 9 (NV53) Palomino Valley Preparation Facility | | | | | 8 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 11 (NV53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 14 (NV53) Palomino Valley Preparation Facility | | | | | 9 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 19 (NV53) Palomino Valley Preparation Facility | | | | | 9 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 24 (NV53) Palomino Valley Preparation Facility | 7/14/2021 | Adopter or Private Care | Died: Acute or Unexpected Death | Fracture/Spinal Cord: Neck or Back Acute/Sudden | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 24 (NV53) Palomino Valley Preparation Facility | 12/29/2021 | Adopter or Private Care | Died: Chronic or Following Long Illness | Lipemia/Hyperlipidemia | 1 |

| | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 24 (NV053) Palomino Valley Preparation Facility | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | | | | | | | | | | | |
| 2021_NV_Selenite_HA_11_2020 Total | | | | | | | | | | | 218 |
| Grand Total | | | | | | | | | | | 219 |

# Exhibit 5



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT  84101-1434

August 14, 2023

In Reply Refer To:
1278 (UT-952)
FOIA UT-2023-76
DOI-BLM-2023-004535

Laurie Ford
P.O. Box 314
Glenwood, NM 88039

Dear Laurie Ford:

This is the Bureau of Land Management's (BLM) final response to your May 15, 2023, Freedom of Information Act (FOIA) request, received by the BLM, Utah State Office on the same date. You requested all records associated with any burro death that took place in holding after the Sinbad HMA Wild Burro Gather 4/30/2022 to 5/5/2022. The information should include, but not be limited to:

1. All veterinarian records.
2. Age and sex of burros that died.
3. Capture date and capture location.
4. Shipping date and facility shipped to.
5. Date of death, manner and cause of death, and additional death notes.

Attached are 6 pages (3 documents) responsive to your request. Since we redacted information under Exemption 6 of the FOIA, we consider our response to be a partial denial of your request. Below is a detailed explanation:

Exemption 6 allows an agency to withhold "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." *See* 5 USC § 552(b)(6). We are withholding 2 pages in part under Exemption 6.

The phrase "similar files" covers any agency records containing information about a particular individual that can be identified as applying to that individual. To determine whether releasing records containing information about a particular individual would constitute a clearly unwarranted invasion of personal privacy, we are required to balance the privacy interest that would be affected by disclosure against any public interest in the information.

Under the FOIA the only relevant public interest to consider under the exemption is the extent to which the information sought would shed light on an agency's performance of its statutory duties or otherwise let citizens know what their government is up to. The burden is on the requester to

INTERIOR REGION 7 • UPPER COLORADO BASIN

COLORADO, NEW MEXICO, UTAH, WYOMING

establish that disclosure would serve the public interest. When the privacy interest at stake and the public interest in disclosure have been determined, the two competing interests must be weighed against one another to determine which is the greater result of disclosure: the harm to personal privacy or the benefit to the public. The purposes for which the request for information is made do not impact this balancing test, as a release of information requested under the FOIA constitutes a release to the general public.

The information that has been withheld under Exemption 6 consists of names of veterinarians. We have determined that the individuals to whom this information pertains have a substantial privacy interest in withholding it. Additionally, you have not provided information that explains a relevant public interest under the FOIA in the disclosure of this personal information and we have determined that the disclosure of this information would shed little or no light on the performance of the agency's statutory duties. Because the harm to personal privacy is greater than whatever public interest may be served by disclosure, release of the information would constitute a clearly unwarranted invasion of the privacy of these individuals and we are withholding it under Exemption 6.

I am responsible for this decision, in consultation with Christopher Morley, Attorney-Advisor for the Department of the Interior (DOI), Intermountain Regional Solicitor's Office, Salt Lake City, Utah.

You may appeal this partial denial to the DOI FOIA/Privacy Act Appeals Officer. If you choose to appeal, the DOI FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90 workdays from the date of this letter. Appeals arriving or delivered after 5:00 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communication concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION ACT APPEAL." You must include an explanation of why you believe this response is in error. You must include with your appeal, copies of all correspondence between you and BLM concerning your FOIA request, including your original FOIA request and this response. Failure to include all correspondence between you and BLM will result in the Department's rejection of your appeal, unless the DOI FOIA/Privacy Act Appeals Officer determines (in their sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the DOI FOIA/ Privacy Act Appeals Officer needs additional information or clarification of your appeal. *DOI FOIA/Privacy Act Appeals Office Contact Information:*

   Department of the Interior, Office of the Solicitor
   FOIA/Privacy Act Appeals Office
   1849 C Street, N.W.
   MS-6556 MIB
   Washington, D.C. 20240

Laurie Ford

Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of FOIA. *See* 5 USC 552(c). This response is limited to those records that are subject to the requirements of FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS does not affect the timing of filing an appeal with the DOI FOIA and Privacy Act Appeals Officer, nor does it affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001

E-mail: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also seek dispute resolution services from the DOI FOIA Public Liaison at https://www.doi.gov/foia/foiacenters or by contacting Ryan Witt at (202) 680-4142.

As stated in our acknowledgement letter, dated May 15, 2023, we have approved your fee waiver request since your justification clearly meets the Department of the Interior FOIA regulations and fee-waiver criteria. You have shown that disclosure of these records is likely to contribute to the public understanding of operations of the federal government in managing the Wild Horse and Burro Program. *See* 43 CFR § 2.48.

If you have any questions concerning our response, please contact Marilyn Hedrick, FOIA Specialist, at (801) 539-4071 or email BLM_UT_FOIA@blm.gov.

Sincerely,

JOSEPH MENDEZ    Digitally signed by JOSEPH MENDEZ
Date: 2023.08.14 15:25:35 -06'00'

Joseph Mendez
Associate State Director, *for*

Laurie Ford                                                                                          4

Gregory Sheehan
State Director

FOIA 2023-76 _ Axtell_Sinbad Deaths 2022_08.02.2023

| Location Name | Capture Date | Freezemark | Capture Herd Place | Death Date | Death Age | Gender | Manner Of Death | Cause Of Death | Death Note |
|---|---|---|---|---|---|---|---|---|---|
| (UTF58) Axtell Burro Facility | 5/4/2022 | 08730681 | (UT0652) Sinbad | 5/4/2022 | 14 | Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/4/2022 | 08730681 | (UT0652) Sinbad | 5/4/2022 | 14 | Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/1/2022 | | (UT0652) Sinbad | 5/8/2022 | 6 | Female | Died: Acute or Unexpected Death | Foaling Complications | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/1/2022 | | (UT0652) Sinbad | 5/11/2022 | 8 | Female | Died: Acute or Unexpected Death | Foaling Complications | necropsy performed, pregnant, lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/3/2022 | | (UT0652) Sinbad | 5/13/2022 | 5 | Female | Euthanized: Acute or Sudden Condition | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/5/2022 | | (UT0652) Sinbad | 5/13/2022 | 25 | Male | Died: Acute or Unexpected Death | Old Age | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | | (UT0652) Sinbad | 5/14/2022 | 0 | Foal | Died: Acute or Unexpected Death | Undiagnosed/Unknown | Found dead |
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UT0652) Sinbad | 5/14/2022 | 15 | Female | Euthanized: Acute or Sudden Condition | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UT0652) Sinbad | 5/16/2022 | 2 | Female | Died: Acute or Unexpected Death | Foaling Complications | field necropsy performed, pregnant, likely lipemia caused by hepatic lipidosis |

| Facility | Date | ID | | Date | Age/Sex | Status | Cause | Notes |
|---|---|---|---|---|---|---|---|---|
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UTO0652) Sinbad | 5/16/2022 | 7 Female | Died: Acute or Unexpected Death | Foaling Complications | field necropsy performed, pregnant, likely lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UTO0652) Sinbad | 5/16/2022 | 14 Female | Died: Acute or Unexpected Death | Foaling Complications | field necropsy performed, pregnant, likely lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 14738956 | (UTO0652) Sinbad | 5/19/2022 | 8 Female | Died: Acute or Unexpected Death | Foaling Complications | veterinarian observed, pregnant, likely lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 20738885 | (UTO0652) Sinbad | 5/25/2022 | 2 Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 15730661 | (UTO0652) Sinbad | 6/8/2022 | 7 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 15730661 | (UTO0652) Sinbad | 6/8/2022 | 7 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 5/3/2022 | 06730675 | (UTO0652) Sinbad | 6/8/2022 | 16 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 5/3/2022 | 06730675 | (UTO0652) Sinbad | 6/8/2022 | 16 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 10738937 | (UTO0652) Sinbad | 6/13/2022 | 12 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 11730656 | (UTO0652) Sinbad | 6/23/2022 | 11 Gelding | Died: Acute or Unexpected Death | Undiagnosed/Unknown | Possible castration complications |

| | | | | | | | Undiagnosed/Unknown | Possible castration complications |
|---|---|---|---|---|---|---|---|---|
| (UTF58) Axtell Burro Facility | 4/30/2022 | 11730656 | (UT0652) Sinbad | 6/23/2022 | 11 Gelding | Died: Acute or Unexpected Death | | Possible castration complications |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 16738998 | (UT0652) Sinbad | 12/27/2022 | 6 Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 07738890 | (UT0652) Sinbad | 3/16/2023 | 16 Female | Euthanized: Acute or Sudden Condition | Old Age | |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 22771541 | (UT0652) Sinbad | 5/13/2023 | 1 Male | Euthanized: Chronic or Pre-existing Condition | Neurologic | Trouble standing and walking. |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 10738960 | (UT0652) Sinbad | 7/17/2023 | 13 Female | Euthanized: Acute or Sudden Condition | Colic | |

# Exhibit 6



Utah Veterinary Diagnostic Laboratory - Spanish Fork
514 West 3000 North
Spanish Fork UT 84660
Phone: (801) 798-7368 Fax: (801) 798-7009

Website: www.usu.edu/uvdl

Report Date: 5/13/2022

| **Final Report** | | |
| --- | --- | --- |
| Date Received: 5/9/2022 | Case Coordinator: Ex.6 , DVM, MS, ACVM, ACVPM | **Accession No:** 22S05212 |

BLM AXTELL
HEATH WEBER
10490 WEST 13500 SOUTH
AXTELL UT 84621

Phone: (435) 201-3834
Email: hweber@blm.gov

## Associated Parties

| Clinic Veterinarian | Ex.6 | Vet Code:026095 |
| --- | --- | --- |
| Animal caretaker | BLM Axtell Heath Weber | |

## Purpose of Test

Diagnostic-Diagnostic - In State

## Animal Information

| Taxonomy | Sex | Age | Count |
| --- | --- | --- | --- |
| Horse - Donkey | | | 1 |
| Horse - Donkey | Female | 4.5 Years | 1 |

## Diagnosis(es)

Burro:
1. Liver: Hepatic lipidosis, diffuse, severe, acute
2. Stomach: Ulceration, multifocal, moderate, acute
3. Uterus: Submucosal and mucosal edema, multifocal, moderate, acute
4. Colon (tunica muscularis): Multifocal granulomas, mild, chronic

Fetus:
1. Thyroid gland, lung, thymus, trachea, small intestine, kidney and brain: Vascular congestion, multifocal, moderate, acute
2. Liver: Hepatic lipidosis, diffuse, severe, acute

## Pathology Summary

Death is attributable to hyperlipemia. Hyperlipemia frequently affects donkeys and is most prevalent during pregnancy. Hyperlipemia is often fatal. Diffuse hepatic lipidosis is present in the dam and the fetus and there are lipid vacuoles in the renal tubular epithelium. Donkeys are at a greater risk if they are overweight and have reduced feed intake due to the onset of parturition. Hepatic lipidosis can also be caused by other conditions including diabetes mellitus, hypothyroidism, and others that lead to a negative energy balance and excessive mobilization of fat. Gastric ulcers are common in donkeys, and may be subclinical in many cases. The presence of gastric ulcers may have contributed to inappetance and the development of hepatic lipidosis. Uterine edema is most likely secondary to parturition. Granulomas in the large intestine are most likely due to previous parasite migration and are not related to the cause of death.



Utah Veterinary Diagnostic Laboratory - Spanish Fork          Website: www.usu.edu/uvdl
514 West 3000 North
Spanish Fork UT 84660
Phone: (801) 798-7368 Fax: (801) 798-7009

Salmonella spp. is detected in feces, but no microscopic lesions are present to suggest that this bacteria contributed to the cause of death.

The fetus has acute vascular congestion in multiple organs and death is attributed to dystocia. Hepatic lipidosis in the fetus increases the confidence that hyperlipemia was the cause of death.

**Gross Findings**

A 207.65kg adult female burro in good body condition and with minimal postmortem decomposition is necropsied on 5/9/22. The vulva is swollen and there is clear yellow liquid (colostrum) in the ducts of the mammary gland. The donkey is heavily pregnant with a 24 kg female fetus in the uterus with the head and front legs in the vagina/birth canal (presumably death occurred during foaling). The liver is enlarged, very pale and friable and floats in 10% neutral buffered formalin. The kidneys are also pale and enlarged. Large intestine content is largely brown fluid with multifocal red areas on the mucosa. The small intestine has numerous 1-2 mm pale areas in the wall and the lumen contains a red, slightly cloudy liquid. There are two 1-2 cm in size eroded areas of the gastric mucosa near the junction of the glandular and non-glandular regions. In addition, the adrenal glands are enlarged. The lung is mottled tan to red. No other significant gross lesions are detected. The fetus is also necropsied. Other than meconium staining of the amniotic fluid in the stomach, no significant gross lesions are detected.

**Histopathologic Findings**

Liver: Hepatocytes diffusely contain variably sized, singular, clear cytoplasmic vacuoles (lipid).

Kidney: Small numbers of neutrophils are multifocally within cortical and medullary tubules. Small amounts of eosinophilic or amphophilic proteinaceous material are multifocally within tubules. Cortical tubular epithelial cells diffusely contain clear cytoplasmic vacuoles (lipid).

Large intestine: Multifocal granulomas within the muscularis mucosae contain degenerate neutrophils admixed with brightly eosinophilic material (fibrin) are lined by enlarged endothelial cells and surrounded by moderate numbers of lymphocytes, neutrophils and macrophages.

Stomach: The mucosa is extensively ulcerated, and replaced with moderate amounts of cellular debris. Large amounts of clear space (edema fluid) multifocally expand the muscularis mucosae.

Uterus: Large amounts of edema fluid diffusely expand the wall.

No significant histopathologic abnormalities are noted in sections of esophagus, stomach, small intestine, pancreas, spleen, urinary bladder, adrenal gland, skeletal muscle, heart, trachea, lung, thyroid gland, adrenal gland, and brain.

Fetus: No significant histopathologic abnormalities are noted in sections of esophagus, stomach, small and large intestine, spleen, urinary bladder, skeletal muscle, heart.

Liver: Hepatocytes diffusely contain variably sized, singular, clear cytoplasmic vacuoles (lipid).

Thyroid gland, lung, thymus, trachea, small intestine, kidney and brain: Blood vessels are diffusely congested.

Gross necropsy performed by Dr. Kelly. Histopathology performed by Dr. Clayton.

Pathology resident: Mike Clayton, DVM, Dipl. ACVP
Diagnostician: Emma Jane Kelly, DVM, MS, MPH, Dipl. ACVPM & ACVM

**Laboratory Findings**



Utah Veterinary Diagnostic Laboratory - Spanish Fork
514 West 3000 North
Spanish Fork UT 84660
Phone: (801) 798-7368 Fax: (801) 798-7009

Website: www.usu.edu/uvdl

**Bacteriology**

| Specimen | Test Name | Result | Antibiotic | Susceptibility |
|---|---|---|---|---|
| Burro - Horse - Donkey | | | | |
| Feces - 2 | Salmonella spp. culture - 5/13/2022 4:40 PM | Detected | | |
| Detected - 1 | Antimicrobial susceptibility-Companion - 5/13/2022 4:40 PM | | Ampicillin | Intermediate |
| | | | Amoxicillin / clavulanic acid 2:1 ratio | Intermediate |
| | | | Ticarcillin | Susceptible |
| | | | Trimethoprim / sulfamethoxazole | Susceptible |
| | | | Gentamicin | Susceptible |
| | | | Penicillin | Resistant |
| | | | Ceftiofur | Susceptible |
| | | | Enrofloxacin | Susceptible |
| | | | Cefovecin | Intermediate |
| | | | Cephalothin | Susceptible |
| | | | Amikacin | Susceptible |
| | | | Cefpodoxime | Susceptible |
| | | | Imipenem | Susceptible |
| | | | Erythromycin | Resistant |
| | | | Marbofloxacin | Susceptible |
| | | | Oxacillin+2%NaCl | Resistant |
| | | | Cefoxitin | Susceptible |
| | | | Ticarcillin / clavulanic acid constant 2 | Susceptible |
| | | | Cefazolin | Susceptible |
| | | | Clindamycin | Resistant |
| | | | Doxycycline | Susceptible |
| | | | Chloramphenicol | Susceptible |
| | | | Rifampin | Resistant |
| Lung - 3 | Aerobic culture - 5/13/2022 9:33 AM | | | |
| | No significant growth. | | | |

**Parasitology**

| Specimen | Test Name | Result |
|---|---|---|
| Burro - Horse - Donkey | | |
| Feces - 2 | Fecal float equine - 5/13/2022 2:03 PM | No parasite ova seen |

**Client Report History**

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Final | Email | hweber@blm.gov | 5/13/2022 4:40 PM |