DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,

   *Plaintiffs,*

     v.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,

   *Defendants.*

CASE NO. 2:22-cv-01200-CDS-BNW

**DECLARATION OF LAURIE FORD IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

Amended Complaint Filed:
September 2, 2022

I, Laurie Ford, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am a member of Wild Horse Education and have participated as an observer at gather operations in the Blue Wing Complex.

2. Attached hereto as **Exhibit 1** is a true and correct copy two photographs I took of gather operations on August 1, 2022 at the Blue Wing Complex. These photographs were taken using a 500 mm camera lens.

3. Attached hereto as **Exhibit 2** is a true and correct copy of two screen captures from video at 3000 mm that I took of gather operations on August 1, 2022 at the Blue Wing Complex.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a spreadsheet that BLM provided to me in response to my FOIA request (FOIA UT-2023-47 DOI-BLM-2023-002860) as regards burros gathered in the Blue Wing Complex in August of 2022 and shipped to Axtell Off Range Holding Corrals.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a spreadsheet that BLM provided to me in response to my FOIA request (FOIA 1278(NV954) BLM-2023-002106) as regards burro deaths associated with the 2020 Selenite Range HA nuisance gather, which occurred within the Blue Wing Complex on 11/29/20.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a spreadsheet that BLM provided to me in response to my FOIA request (FOIA UT-2023-76 DOI-BLM-2023-004535) as regards burro deaths associated with the 2022 gather at the Sinbad HMA.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a veterinary report that BLM provided to me in response to my FOIA request (FOIA UT-2023-76 DOI-BLM-2023-004535) as regards burro deaths associated with the 2022 gather at the Sinbad HMA.

Declaration of Laurie Ford in Support of Plaintiffs' Motion for Judicial Notice

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

2  United States of America that the foregoing is true and correct.

3

4    DATED this 14th day of December 2023.

5                                              */s/ Laurie Ford*

6                                              Laurie Ford

Declaration of Laurie Ford in Support of Plaintiffs' Motion for Judicial Notice

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing Declaration of Laurie Ford in Support of Plaintiffs Motion for Judicial Notice along with Exhibits 1-6 with the Clerk of the U.S. District Court in the District Court of Nevada using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jessica L. Blome*
Attorney for Plaintiffs

Declaration of Laurie Ford in Support of Plaintiffs' Motion for Judicial Notice

# Exhibit 1

View of trap with 500 mm lens.



View of drive with 500 mm. No detail can be discerned.



# Exhibit 2

Screengrab of video with 3000 mm





# Exhibit 3



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT  84101-1434

May 8, 2023

In Reply Refer To:
1278 (UT-952)
FOIA UT-2023-47
DOI-BLM-2023-002860

Ms. Laurie Ford
P.O. Box 314
Glenwood, NM 88039

Dear Ms. Ford:

This is the Bureau of Land Management's (BLM) final response to your February 24, 2023, Freedom of Information Act (FOIA) request, received by the BLM Utah State Office on the same date. You requested all documents pertaining to the recent burro deaths (August-September 2022) that occurred at the Axtell Holding Facility. The information should include, but not be limited to:

1. All veterinarian records.
2. HMA the burros were gathered in and the dates they were shipped to Axtell.
3. Freeze brand identification, age, and sex of burros that died.
4. Copy of the BLM press release regarding these deaths, if any.
5. Any other available documentation or field notes.

After a thorough search, there are no records on file for items 4 and 5. Attached are 5 pages (4 documents) responsive to your request. Since we redacted information under Exemption 6 of the FOIA, and have no records for Items 4 and 5, we consider our response to be a partial denial of your request. Below is a detailed explanation:

Exemption 6 allows an agency to withhold "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." *See* 5 USC § 552(b)(6). We are withholding 4 pages in part under Exemption 6.

The phrase "similar files" covers any agency records containing information about a particular individual that can be identified as applying to that individual. To determine whether releasing records containing information about a particular individual would constitute a clearly unwarranted invasion of personal privacy, we are required to balance the privacy interest that would be affected by disclosure against any public interest in the information.

Under FOIA the only relevant public interest to consider under the exemption is the extent to which the information sought would shed light on an agency's performance of its statutory duties

---

INTERIOR REGION 7 • UPPER COLORADO BASIN

COLORADO, NEW MEXICO, UTAH, WYOMING

Laurie Ford                                                                                                          2

or otherwise let citizens know what their government is up to. The burden is on the requester to establish the disclosure would serve the public interest. When the privacy interest at stake and public interest in disclosure have been determined, the two competing interests must be weighed against one another to determine which is the greater result of disclosure: harm to personal privacy or benefit to the public. The purpose of the request for information does not impact this balancing test, as a release of information under FOIA constitutes a release to the general public.

The information withheld under Exemption 6 consists of names of veterinarians. We have determined that the individuals to whom this information pertains have a substantial privacy interest in withholding it. Additionally, you have not provided information to explain a relevant public interest under FOIA in the disclosure of the personal information and we have determined that the disclosure would shed little or no light on the performance of the agency's statutory duties. Because the harm to personal privacy is greater than whatever public interest may be served by disclosure, release of the information would constitute a clearly unwarranted invasion of the privacy of these individuals and we are withholding it under Exemption 6.

I am responsible for this decision, in consultation with Christopher Morley, Attorney-Advisor for the Department of the Interior (DOI), Intermountain Regional Solicitor's Office, Salt Lake City, Utah.

You may appeal this partial denial to the DOI FOIA/Privacy Act Appeals Officer. If you choose to appeal, the DOI FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90 workdays from the date of this letter. Appeals arriving or delivered after 5:00 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communication concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION ACT APPEAL." You must include an explanation of why you believe this response is in error. You must include with your appeal, copies of all correspondence between you and BLM concerning your FOIA request, including your original FOIA request and this response. Failure to include all correspondence between you and BLM will result in the DOI rejection of your appeal, unless the DOI FOIA/Privacy Act Appeals Officer determines (in their sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the DOI FOIA/ Privacy Act Appeals Officer needs additional information or clarification of your appeal. *DOI FOIA/Privacy Act Appeals Office Contact Information:*

Department of the Interior, Office of the Solicitor
FOIA/Privacy Act Appeals Office
1849 C Street, N.W.
MS-6556 MIB
Washington, D.C. 20240

Telephone: (202) 208-5339                          Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

For information, Congress excluded three discrete categories of law enforcement and national
security records from the requirements of FOIA. *See* 5 USC 552(c). This response is limited to
those records that are subject to the requirements of FOIA. This is a standard notification that is
given to all our requesters and should not be taken as an indication that excluded records do, or
do not, exist.

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to
offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a
non-exclusive alternative to litigation. Using OGIS does not affect the timing of filing an appeal
with the DOI FOIA and Privacy Act Appeals Officer, nor does it affect your right to pursue
litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road **-** OGIS
College Park, MD 20740-6001

E-mail: ogis@nara.gov                              Web: https://www.archives.gov/ogis
Telephone: 202-741-5770                            Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also seek dispute resolution services from the DOI FOIA Public Liaison at
https://www.doi.gov/foia/foiacenters or by contacting Ryan Witt at (202) 680-4142.

These documents are being provided to you at no charge because the cost to process your FOIA
request fell below the minimum billable threshold. We do not charge requesters for FOIA
processing when their fees are less than $50.00, as the cost of collection would be greater than
the monies received.  *See* 43 CFR § 2.37(g).

If you have any questions concerning our response, please contact Marilyn Hedrick, FOIA
Specialist, at (801) 539-4071 or email BLM_UT_FOIA@blm.gov.

Sincerely,

JOSEPH        Digitally signed by JOSEPH
MENDEZ        MENDEZ
              Date: 2023.05.08 12:46:09
              -06'00'

Joseph C. Mendez,
Acting Associate State Director *for*

Gregory Sheehan
State Director

| Death Date | Death Age | Gender | Freezemark Tempid | Manner Of Death | Cause Of Death | Death Note | Capture Date | Capture Herd Place | Arrival Date |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2022 | 2 | Gelding | 20148303 | Euthanized: Chronic or Pre-existing Condition | Other | Vet thought it may have had either an autoimmune disease, or allergies. Sores on its face, eyes and nose draining, no other burros at the facility with similar symptoms. | 2/16/2022 | (A20003) Black Mountain | 4/20/2022 |
| 8/1/2022 | 5 | Gelding | 17148310 | Euthanized: Chronic or Pre-existing Condition | Physical Defect or Deformity: Congenital or Developmental | Crooked spine | 2/16/2022 | (A20003) Black Mountain | 4/18/2022 |
| 8/9/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/10/2022 | 2 | Male | | Died: Acute or Unexpected Death | Other | Was dead on the truck when it arrived to the facility. | 8/7/2022 | (NV0216) Seven Troughs | 8/9/2022 |
| 8/15/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/15/2022 | 8 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/15/2022 | 10 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/15/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/16/2022 | 4 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/17/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/17/2022 | 9 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/17/2022 | 12 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/20/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/20/2022 | 9 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/22/2022 | 3 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/22/2022 | 5 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/24/2022 | 12 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/24/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/29/2022 | 6 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/29/2022 | 8 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/31/2022 | 20 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/2/2022 |
| 8/31/2022 | 20 | Male | 02739526 | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/4/2022 | (NV0216) Seven Troughs | 8/5/2022 |
| 9/3/2022 | 10 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/4/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/6/2022 | 20 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/9/2022 | 15 | Female | | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/10/2022 | 25 | Male | | Died: Acute or Unexpected Death | Old Age | | 8/5/2022 | (NV0216) Seven Troughs | 8/7/2022 |
| 9/11/2022 | 25 | Female | | Died: Acute or Unexpected Death | Old Age | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/12/2022 | 25 | Female | | Died: Acute or Unexpected Death | Old Age | | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/13/2022 | 7 | Female | 15739743 | Died: Acute or Unexpected Death | Lipemia/Hyperlipidemia | | 8/1/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/13/2022 | 25 | Female | | Euthanized: Chronic or Pre-existing Condition | Physical Defect or Deformity: Congenital or Developmental | Front legs were crooked and deformed. | 8/5/2022 | (NV0216) Seven Troughs | 8/6/2022 |
| 9/27/2022 | 20 | Female | | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | | 12/22/2021 | (NV0524) Nevada Wild Horse Range | 12/22/2021 |
| 9/29/2022 | 20 | Gelding | 02738426 | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | | 12/22/2021 | (NV0524) Nevada Wild Horse Range | 12/22/2021 |

# Exhibit 4




# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada  89502-7147
http://www.blm.gov/nv

In Reply Refer To:
1278 (NV954)                                      March 31, 2023
FOIA No. BLM-2023-002106

Via Electronic Mail

Laurie Ford
PO Box 314
Glenwood, NM 88039

Dear Ms. Ford:

This letter is the final response to your Freedom of Information Act (FOIA) request submitted to the
Bureau of Land Management and assigned tracking number BLM-2023-002106. You requested:

> "I am requesting copies of all documents pertaining to any wild burro nuisance and/or emergency
> gathers conducted during fiscal years 2021, 2022, and thus far in fiscal year 2023.
>
> The information should include, but not be limited to:
>
> 1. Location and proximity to adjoining HMAs
> 2. Dates and type of gather
> 3. Total removed, break down of jacks, jennies, foals, deaths and their body score
> 4. Holding facility, they were transported to
> 5. Attached complaint letters/reasons for removal"

We are providing 16 pages of documents being released to you in full. In regards to item 5. of your
request, a search was conducted and after a thorough search of our files, BLM Nevada has determined
there are no records responsive to your request.

Appeal Rights

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer.  If you choose
to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90
workdays from the date of this letter.  Appeals arriving or delivered after 5 p.m. Eastern Time,
Monday through Friday, will be deemed received on the next workday.

Your appeal must be made in writing.  You may submit your appeal and accompanying materials to
the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email.  All communications
concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION
APPEAL."  You must include an explanation of why you believe the BLM's response is in error.

You must also include with your appeal copies of all correspondence between you and the BLM
concerning your FOIA request, including your original FOIA request and the BLM's response.  Failure

---

INTERIOR REGIONS 8 & 10 • LOWER COLORADO BASIN & CALIFORNIA-GREAT BASIN
ARIZONA, CALIFORNIA, NEVADA, OREGON*
* Partial

to include with your appeal all correspondence between you and the BLM will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Address your appeal to:

Department of the Interior                Additional Contact Information:
Office of the Solicitor                   Telephone:  (202) 208-5339
1849 C Street, NW, MS-6556 MIB            Fax: (202) 208-6677
Washington, DC  20240                     E-mail:  FOIA.Appeals@sol.doi.gov
Attn: FOIA/Privacy Act Appeals Office

Office of Government Information Services

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.

You may contact OGIS in any of the following ways:  OGIS, NARA, 8601 Adelphi Road, College Park, Maryland 20740-6001; Email: ogis@nara.gov; Website; https://ogis.archives.gov; Telephone: 202-741-5770; Fax: 202-741-5769 or Toll-free: 1-877-684-6448.  You also may seek dispute resolution services from our FOIA Public Liaison, Ryan Witt at (202) 680-4142.  Using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Fees

We do not bill requesters for FOIA processing fees when their fees are less than $50.00, because the cost of collection would be greater than the fee collected.  See 43 C.F.R. § 2.37(g).  Therefore, there is no billable fee for the processing of this request.

Records Not Covered by the FOIA (FOIA Exclusions)

Beginning October 1, 2012, the inclusion of the following statement is mandatory for all BLM FOIA response letters:  For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.
See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Should you have any questions, please contact Tiffany Wilhelm, BLM Nevada's FOIA Specialist at (775) 861-6552, or via email at blm_nv_foia@blm.gov.

Sincerely,

HOLLY
VINALL

Digitally signed by HOLLY
VINALL
Date: 2023.03.31
07:47:23 -07'00'

Holly J. Vinall
Deputy State Director
Support Services

23-002106
as of 3/29/23

| Gather Event Name | Gather Method | Gather Event Begin Date | Gather Event End Date | Gather Reason | Inside Outside | Capture Herd Place | Capture Date | Species | Gender | Capture Age | Holding Facility | Death Date | Death Location Type | Manner of Death | Cause Of Death | Total Animals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Bullfrog_Nuisance | Other | 10/1/2021 | 9/30/2022 | Removal of Nuisance Animals | Out | (NV0629) Bullfrog | 10/27/2021 | Burro | Male | 0 (NVF53) Palomino Valley Preparation Facility | | | | | | 1 |
| **2021_NV_Bullfrog_Nuisance Total** | | | | | | | | | | | | | | | | **1** |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 3 (NVF53) Palomino Valley Preparation Facility | 12/20/2020 | Short Term Holding Facility | Died: Chronic or Following Long Illness | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 3 (NVF53) Palomino Valley Preparation Facility | 1/2/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 3 (NVF53) Palomino Valley Preparation Facility | 1/7/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 5 (NVF53) Palomino Valley Preparation Facility | 12/7/2020 | Short Term Holding Facility | Died: Acute or Unexpected Death | Undiagnosed/Unknown | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 5 (NVF53) Palomino Valley Preparation Facility | 12/21/2020 | Short Term Holding Facility | Died: Chronic or Following Long Illness | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 7 (NVF53) Palomino Valley Preparation Facility | 12/25/2020 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 8 (NVF53) Palomino Valley Preparation Facility | 12/25/2020 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 9 (NVF53) Palomino Valley Preparation Facility | 1/2/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 10 (NVF53) Palomino Valley Preparation Facility | 12/18/2020 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Respiratory: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 15 (NVF53) Palomino Valley Preparation Facility | 12/21/2020 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Respiratory: Other | 1 |

| File | Method | Date | Date | In/Out | Reason | Program | Date | Species | Sex | Location | Date | Facility Type | Outcome | Diagnosis | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 19 (NVF53) Palomino Valley Preparation Facility | 1/3/2021 | Short Term Holding Facility | Euthanized: Acute or Sudden Condition | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Female | 20 (NVF53) Palomino Valley Preparation Facility | 12/28/2020 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Respiratory; Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 1 (NVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 2 (NVF53) Palomino Valley Preparation Facility | | | | | 9 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 3 (NVF53) Palomino Valley Preparation Facility | | | | | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 4 (NVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 5 (NVF53) Palomino Valley Preparation Facility | 1/27/2022 | Foster Care/Trainer | Died: Acute or Unexpected Death | Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 5 (NVF53) Palomino Valley Preparation Facility | | | | | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 6 (NVF53) Palomino Valley Preparation Facility | | | | | 5 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 7 (NVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 8 (NVF53) Palomino Valley Preparation Facility | 5/1/2021 | Adopter or Private Care | Died: Acute or Unexpected Death | Undiagnosed/Unknown | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | In | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/29/2020 | Burro | Gelding | 8 (NVF53) Palomino Valley Preparation Facility | | | | | 8 |

| Gather | Method | Date | Date | Reason | Status | Date | HMA | Species | Sex | Age | Facility / Number | Date | Disposition | Cause | Condition | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 10 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Undiaposed/Unknown | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 10 | (NVF53) Palomino Valley Preparation Facility | | | | | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 12 | (NVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 15 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 15 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 15 | (NVF53) Palomino Valley Preparation Facility | | | | | 5 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | 12/24/2021 | Adopter or Private Care | Died: Chronic or Following Long Illness | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | 1/2/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Lipemia/Hyperlipidemia | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Gelding | 20 | (NVF53) Palomino Valley Preparation Facility | | | | | 5 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Male | 6 | | 11/29/2020 | Trap/Gather Site | Euthanized: Chronic or Pre-existing Condition | Fracture: Chronic/Pre-existing | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Male | 11 | | 11/30/2020 | Trap/Gather Site | Euthanized: Chronic or Pre-existing Condition | Physical Defect or Deformity: Congenital or Developmental | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | 11/29/2020 | (NV0212) Selenite Range | Burro | Male | 15 | | 11/29/2020 | Trap/Gather Site | Euthanized: Chronic or Pre-existing Condition | Fracture: Chronic/Pre-existing | 1 |

| Project | Method | Date | Date | Reason | In/Out | HMA | Date | Species | Sex | Facility | Date | Holding | Diet | Condition | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/29/2020 | Burro | Male | 20 (NV753) Palomino Valley Preparation Facility | 2/5/2021 | Short Term Holding Facility | Diet: Chronic or Following Long Illness | Gelding Complications: Other | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Female | 0 (NV753) Palomino Valley Preparation Facility | | | | | 10 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Female | 0 (NV753) Palomino Valley Preparation Facility | | | | | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 1 (NV753) Palomino Valley Preparation Facility | 1/7/2022 | Adopter or Private Care | Diet: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 0 (NV753) Palomino Valley Preparation Facility | | | | | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 0 (NV753) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 3 (NV753) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 4 (NV753) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 5 (NV753) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 6 (NV753) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 8 (NV753) Palomino Valley Preparation Facility | 7/6/2021 | Adopter or Private Care | Diet: Chronic or Following Long Illness | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 8 (NV753) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Diet: Chronic or Following Long Illness | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 8 (NV753) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Diet: Chronic or Following Long Illness | Undiagnosed/Unknown | 1 |

| HMA | Method | Date 1 | Date 2 | Action | Location | Date 3 | Species | Sex | Facility | Disp. Date | Disposition | Death Reason | Condition | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 8 (NVF53) Palomino Valley Preparation Facility | | | | Body Condition: Unable to Maintain or Improve | 7 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 10 (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Chronic or Following Long Illness | Body Condition: Unable to Maintain or Improve | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 10 (NVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 15 (NVF53) Palomino Valley Preparation Facility | 5/12/2021 | Adopter or Private Care | Died: Chronic or Following Long Illness | Old Age | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/30/2020 | Burro | Gelding | 0 (NVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/30/2020 | Burro | Male | 10 (NVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 11/30/2020 | Burro | Male | 0 (NVF53) Palomino Valley Preparation Facility | 2/5/2021 | Short Term Holding Facility | Euthanized: Chronic or Pre-existing Condition | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 0 (NVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 1 (NVF53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 2 (NVF53) Palomino Valley Preparation Facility | | | | | 6 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 3 (NVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 4 (NVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 6 (NVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Euthanized: Chronic or Pre-existing Condition | Starvation (food or water) | 1 |

| Source | Method | Date | Date | Reason | In/Out | Location | Date | Species | Sex | Facility | Date | Disposition | Diet | Body Condition | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 6 (INVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 9 (INVF53) Palomino Valley Preparation Facility | | | | | 3 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 14 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 19 (INVF53) Palomino Valley Preparation Facility | 1/7/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 19 (INVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Female | 24 (INVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Gelding | 0 (INVF53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/1/2020 | Burro | Male | 0 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 0 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 1 (INVF53) Palomino Valley Preparation Facility | 1/2/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 1 (INVF53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 2 (INVF53) Palomino Valley Preparation Facility | 2/12/2022 | Adopter or Private Care | Died: Chronic or Following Long illness | Body Condition: Unable to Maintain or Improve | 1 |

| Gather | Method | Date | Date | Action | | Location | Date | Species | Sex | Facility | Date | Disposition | Cause Category | Cause Detail | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 2 (INVF53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 3 (INVF53) Palomino Valley Preparation Facility | | | | | 8 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 4 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 5 (INVF53) Palomino Valley Preparation Facility | | | | | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 6 (INVF53) Palomino Valley Preparation Facility | | | | | 4 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 9 (INVF53) Palomino Valley Preparation Facility | 1/7/2022 | Adopter or Private Care | Died: Acute or Unexpected Death | Body Condition: Unable to Maintain or Improve | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 9 (INVF53) Palomino Valley Preparation Facility | | | | | 8 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 11 (INVF53) Palomino Valley Preparation Facility | | | | | 2 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 14 (INVF53) Palomino Valley Preparation Facility | | | | | 9 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 19 (INVF53) Palomino Valley Preparation Facility | | | | | 9 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 24 (INVF53) Palomino Valley Preparation Facility | 7/14/2021 | Adopter or Private Care | Died: Acute or Unexpected Death | Fracture/Spinal Cord: Neck or Back Acute/Sudden | 1 |
| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (INV0212) Selenite Range | 12/2/2020 | Burro | Female | 24 (INVF53) Palomino Valley Preparation Facility | 12/29/2021 | Adopter or Private Care | Died: Chronic or Following Long Illness | Lipemia/Hyperlipidemia | 1 |

| 2021_NV_Selenite_HA_11_2020 | Helicopter/Trap | 11/29/2020 | 12/2/2020 | Removal of Nuisance Animals | In | (NV0212) Selenite Range | 12/2/2020 | Burro | Female | 24 (NV053) Palomino Valley Preparation Facility | | | | | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2021_NV_Selenite_HA_11_2020 Total** | | | | | | | | | | | | | | | 218 |
| **Grand Total** | | | | | | | | | | | | | | | 219 |

# Exhibit 5



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT  84101-1434

August 14, 2023

In Reply Refer To:
1278 (UT-952)
FOIA UT-2023-76
DOI-BLM-2023-004535

Laurie Ford
P.O. Box 314
Glenwood, NM 88039

Dear Laurie Ford:

This is the Bureau of Land Management's (BLM) final response to your May 15, 2023, Freedom of Information Act (FOIA) request, received by the BLM, Utah State Office on the same date. You requested all records associated with any burro death that took place in holding after the Sinbad HMA Wild Burro Gather 4/30/2022 to 5/5/2022. The information should include, but not be limited to:

1. All veterinarian records.
2. Age and sex of burros that died.
3. Capture date and capture location.
4. Shipping date and facility shipped to.
5. Date of death, manner and cause of death, and additional death notes.

Attached are 6 pages (3 documents) responsive to your request. Since we redacted information under Exemption 6 of the FOIA, we consider our response to be a partial denial of your request. Below is a detailed explanation:

Exemption 6 allows an agency to withhold "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." *See* 5 USC § 552(b)(6). We are withholding 2 pages in part under Exemption 6.

The phrase "similar files" covers any agency records containing information about a particular individual that can be identified as applying to that individual. To determine whether releasing records containing information about a particular individual would constitute a clearly unwarranted invasion of personal privacy, we are required to balance the privacy interest that would be affected by disclosure against any public interest in the information.

Under the FOIA the only relevant public interest to consider under the exemption is the extent to which the information sought would shed light on an agency's performance of its statutory duties or otherwise let citizens know what their government is up to. The burden is on the requester to

INTERIOR REGION 7 • UPPER COLORADO BASIN

COLORADO, NEW MEXICO, UTAH, WYOMING

establish that disclosure would serve the public interest. When the privacy interest at stake and the public interest in disclosure have been determined, the two competing interests must be weighed against one another to determine which is the greater result of disclosure: the harm to personal privacy or the benefit to the public. The purposes for which the request for information is made do not impact this balancing test, as a release of information requested under the FOIA constitutes a release to the general public.

The information that has been withheld under Exemption 6 consists of names of veterinarians. We have determined that the individuals to whom this information pertains have a substantial privacy interest in withholding it. Additionally, you have not provided information that explains a relevant public interest under the FOIA in the disclosure of this personal information and we have determined that the disclosure of this information would shed little or no light on the performance of the agency's statutory duties. Because the harm to personal privacy is greater than whatever public interest may be served by disclosure, release of the information would constitute a clearly unwarranted invasion of the privacy of these individuals and we are withholding it under Exemption 6.

I am responsible for this decision, in consultation with Christopher Morley, Attorney-Advisor for the Department of the Interior (DOI), Intermountain Regional Solicitor's Office, Salt Lake City, Utah.

You may appeal this partial denial to the DOI FOIA/Privacy Act Appeals Officer. If you choose to appeal, the DOI FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90 workdays <u>from the date of this letter</u>. Appeals arriving or delivered after 5:00 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communication concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION ACT APPEAL." You must include an explanation of why you believe this response is in error. You must include with your appeal, copies of all correspondence between you and BLM concerning your FOIA request, including your original FOIA request and this response. Failure to include all correspondence between you and BLM will result in the Department's rejection of your appeal, unless the DOI FOIA/Privacy Act Appeals Officer determines (in their sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the DOI FOIA/ Privacy Act Appeals Officer needs additional information or clarification of your appeal.
*DOI FOIA/Privacy Act Appeals Office Contact Information:*

    Department of the Interior, Office of the Solicitor
    FOIA/Privacy Act Appeals Office
    1849 C Street, N.W.
    MS-6556 MIB
    Washington, D.C. 20240

Laurie Ford

Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of FOIA. *See* 5 USC 552(c). This response is limited to those records that are subject to the requirements of FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS does not affect the timing of filing an appeal with the DOI FOIA and Privacy Act Appeals Officer, nor does it affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001

E-mail: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also seek dispute resolution services from the DOI FOIA Public Liaison at https://www.doi.gov/foia/foiacenters or by contacting Ryan Witt at (202) 680-4142.

As stated in our acknowledgement letter, dated May 15, 2023, we have approved your fee waiver request since your justification clearly meets the Department of the Interior FOIA regulations and fee-waiver criteria. You have shown that disclosure of these records is likely to contribute to the public understanding of operations of the federal government in managing the Wild Horse and Burro Program. *See* 43 CFR § 2.48.

If you have any questions concerning our response, please contact Marilyn Hedrick, FOIA Specialist, at (801) 539-4071 or email BLM_UT_FOIA@blm.gov.

Sincerely,

JOSEPH
MENDEZ

Digitally signed by
JOSEPH MENDEZ
Date: 2023.08.14
15:25:35 -06'00'

Joseph Mendez
Associate State Director, *for*

Gregory Sheehan
State Director

FOIA 2023-76 _ Axtell_Sinbad Deaths 2022_08.02.2023

| Location Name | Capture Date | Freezemark | Capture Herd Place | Death Date | Death Age | Gender | Manner Of Death | Cause Of Death | Death Note |
|---|---|---|---|---|---|---|---|---|---|
| (UTF58) Axtell Burro Facility | 5/4/2022 | 08730681 | (UT0652) Sinbad | 5/4/2022 | 14 | Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/4/2022 | 08730681 | (UT0652) Sinbad | 5/4/2022 | 14 | Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/1/2022 | | (UT0652) Sinbad | 5/8/2022 | 6 | Female | Died: Acute or Unexpected Death | Foaling Complications | Necropsy performed, pregnant, lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/1/2022 | | (UT0652) Sinbad | 5/11/2022 | 8 | Female | Died: Acute or Unexpected Death | Foaling Complications | necropsy performed, pregnant, lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/3/2022 | | (UT0652) Sinbad | 5/13/2022 | 5 | Female | Euthanized: Acute or Sudden Condition | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/5/2022 | | (UT0652) Sinbad | 5/13/2022 | 25 | Male | Died: Acute or Unexpected Death | Old Age | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | | (UT0652) Sinbad | 5/14/2022 | 0 | Foal | Died: Acute or Unexpected Death | Undiagnosed/Unknown | Found dead |
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UT0652) Sinbad | 5/14/2022 | 15 | Female | Euthanized: Acute or Sudden Condition | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UT0652) Sinbad | 5/16/2022 | 2 | Female | Died: Acute or Unexpected Death | Foaling Complications | field necropsy performed, pregnant, likely lipemia caused by hepatic lipidosis |

| Facility | Date | ID | | Date | Age/Sex | | Category | Notes |
|---|---|---|---|---|---|---|---|---|
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UTO652) Sinbad | 5/16/2022 | 7 Female | Died: Acute or Unexpected Death | Foaling Complications | field necropsy performed, pregnant, likely lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/4/2022 | | (UTO652) Sinbad | 5/16/2022 | 14 Female | Died: Acute or Unexpected Death | Foaling Complications | field necropsy performed, pregnant, likely lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 14738956 | (UTO652) Sinbad | 5/19/2022 | 8 Female | Died: Acute or Unexpected Death | Foaling Complications | veterinarian observed, pregnant, likely lipemia caused by hepatic lipidosis |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 20738885 | (UTO652) Sinbad | 5/25/2022 | 2 Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 15730661 | (UTO652) Sinbad | 6/8/2022 | 7 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 15730661 | (UTO652) Sinbad | 6/8/2022 | 7 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 5/3/2022 | 06730675 | (UTO652) Sinbad | 6/8/2022 | 16 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 5/3/2022 | 06730675 | (UTO652) Sinbad | 6/8/2022 | 16 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 10738937 | (UTO652) Sinbad | 6/13/2022 | 12 Gelding | Died: Acute or Unexpected Death | Gelding Complications: Hemorrhage | |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 11730656 | (UTO652) Sinbad | 6/23/2022 | 11 Gelding | Died: Acute or Unexpected Death | Undiagnosed/Unknown | Possible castration complications |

| | | | | | | | Undiagnosed/Unknown | Possible castration complications |
|---|---|---|---|---|---|---|---|---|
| (UTF58) Axtell Burro Facility | 4/30/2022 | 11730656 | (UT0652) Sinbad | 6/23/2022 | 11 Gelding | Died: Acute or Unexpected Death | | Possible castration complications |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 16738998 | (UT0652) Sinbad | 12/27/2022 | 6 Female | Died: Acute or Unexpected Death | Foaling Complications | |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 07738890 | (UT0652) Sinbad | 3/16/2023 | 16 Female | Euthanized: Acute or Sudden Condition | Old Age | |
| (UTF58) Axtell Burro Facility | 5/2/2022 | 22771541 | (UT0652) Sinbad | 5/13/2023 | 1 Male | Euthanized: Chronic or Pre-existing Condition | Neurologic | Trouble standing and walking. |
| (UTF58) Axtell Burro Facility | 4/30/2022 | 10738960 | (UT0652) Sinbad | 7/17/2023 | 13 Female | Euthanized: Acute or Sudden Condition | Colic | |

# Exhibit 6



Utah Veterinary Diagnostic Laboratory - Spanish Fork
514 West 3000 North
Spanish Fork UT 84660
Phone: (801) 798-7368 Fax: (801) 798-7009

Website: www.usu.edu/uvdl

Report Date: 5/13/2022

| **Final Report** | | |
|---|---|---|
| Date Received: 5/9/2022 | Case Coordinator: Ex.6 , DVM, MS, ACVM, ACVPM | **Accession No:**     22S05212 |

BLM AXTELL
HEATH WEBER
10490 WEST 13500 SOUTH
AXTELL UT 84621

Phone:    (435) 201-3834
Email:    hweber@blm.gov

## Associated Parties

| Clinic Veterinarian | Ex.6 | Vet Code:026095 |
|---|---|---|
| Animal caretaker | BLM Axtell Heath Weber | |

## Purpose of Test

Diagnostic-Diagnostic - In State

## Animal Information

| Taxonomy | Sex | Age | Count |
|---|---|---|---|
| Horse - Donkey | | | 1 |
| Horse - Donkey | Female | 4.5 Years | 1 |

## Diagnosis(es)

Burro:
1. Liver: Hepatic lipidosis, diffuse, severe, acute
2. Stomach: Ulceration, multifocal, moderate, acute
3. Uterus: Submucosal and mucosal edema, multifocal, moderate, acute
4. Colon (tunica muscularis): Multifocal granulomas, mild, chronic

Fetus:
1. Thyroid gland, lung, thymus, trachea, small intestine, kidney and brain: Vascular congestion, multifocal, moderate, acute
2. Liver: Hepatic lipidosis, diffuse, severe, acute

## Pathology Summary

Death is attributable to hyperlipemia. Hyperlipemia frequently affects donkeys and is most prevalent during pregnancy. Hyperlipemia is often fatal. Diffuse hepatic lipidosis is present in the dam and the fetus and there are lipid vacuoles in the renal tubular epithelium. Donkeys are at a greater risk if they are overweight and have reduced feed intake due to the onset of parturition. Hepatic lipidosis can also be caused by other conditions including diabetes mellitus, hypothyroidism, and others that lead to a negative energy balance and excessive mobilization of fat. Gastric ulcers are common in donkeys, and may be subclinical in many cases. The presence of gastric ulcers may have contributed to inappetance and the development of hepatic lipidosis. Uterine edema is most likely secondary to parturition. Granulomas in the large intestine are most likely due to previous parasite migration and are not related to the cause of death.



Utah Veterinary Diagnostic Laboratory - Spanish Fork          Website: www.usu.edu/uvdl
514 West 3000 North
Spanish Fork UT 84660
Phone: (801) 798-7368 Fax: (801) 798-7009

Salmonella spp. is detected in feces, but no microscopic lesions are present to suggest that this bacteria contributed to the cause of death.

The fetus has acute vascular congestion in multiple organs and death is attributed to dystocia. Hepatic lipidosis in the fetus increases the confidence that hyperlipemia was the cause of death.

**Gross Findings**
A 207.65kg adult female burro in good body condition and with minimal postmortem decomposition is necropsied on 5/9/22. The vulva is swollen and there is clear yellow liquid (colostrum) in the ducts of the mammary gland. The donkey is heavily pregnant with a 24 kg female fetus in the uterus with the head and front legs in the vagina/birth canal (presumably death occurred during foaling). The liver is enlarged, very pale and friable and floats in 10% neutral buffered formalin. The kidneys are also pale and enlarged. Large intestine content is largely brown fluid with multifocal red areas on the mucosa. The small intestine has numerous 1-2 mm pale areas in the wall and the lumen contains a red, slightly cloudy liquid. There are two 1-2 cm in size eroded areas of the gastric mucosa near the junction of the glandular and non-glandular regions. In addition, the adrenal glands are enlarged. The lung is mottled tan to red. No other significant gross lesions are detected. The fetus is also necropsied. Other than meconium staining of the amniotic fluid in the stomach, no significant gross lesions are detected.

**Histopathologic Findings**
Liver: Hepatocytes diffusely contain variably sized, singular, clear cytoplasmic vacuoles (lipid).

Kidney: Small numbers of neutrophils are multifocally within cortical and medullary tubules. Small amounts of eosinophilic or amphophilic proteinaceous material are multifocally within tubules. Cortical tubular epithelial cells diffusely contain clear cytoplasmic vacuoles (lipid).

Large intestine: Multifocal granulomas within the muscularis mucosae contain degenerate neutrophils admixed with brightly eosinophilic material (fibrin) are lined by enlarged endothelial cells and surrounded by moderate numbers of lymphocytes, neutrophils and macrophages.

Stomach: The mucosa is extensively ulcerated, and replaced with moderate amounts of cellular debris. Large amounts of clear space (edema fluid) multifocally expand the muscularis mucosae.

Uterus: Large amounts of edema fluid diffusely expand the wall.

No significant histopathologic abnormalities are noted in sections of esophagus, stomach, small intestine, pancreas, spleen, urinary bladder, adrenal gland, skeletal muscle, heart, trachea, lung, thyroid gland, adrenal gland, and brain.

Fetus: No significant histopathologic abnormalities are noted in sections of esophagus, stomach, small and large intestine, spleen, urinary bladder, skeletal muscle, heart.

Liver: Hepatocytes diffusely contain variably sized, singular, clear cytoplasmic vacuoles (lipid).

Thyroid gland, lung, thymus, trachea, small intestine, kidney and brain: Blood vessels are diffusely congested.

Gross necropsy performed by Dr. Kelly. Histopathology performed by Dr. Clayton.

Pathology resident: Mike Clayton, DVM, Dipl. ACVP
Diagnostician: Emma Jane Kelly, DVM, MS, MPH, Dipl. ACVPM & ACVM

**Laboratory Findings**



Utah Veterinary Diagnostic Laboratory - Spanish Fork
514 West 3000 North
Spanish Fork UT 84660
Phone: (801) 798-7368 Fax: (801) 798-7009

Website: www.usu.edu/uvdl

**Bacteriology**

| Specimen | Test Name | Result | Antibiotic | Susceptibility |
|----------|-----------|--------|------------|----------------|
| Burro - Horse - Donkey | | | | |
| Feces - 2 | Salmonella spp. culture - 5/13/2022 4:40 PM | Detected | | |
| Detected - 1 | Antimicrobial susceptibility-Companion - 5/13/2022 4:40 PM | | Ampicillin | Intermediate |
| | | | Amoxicillin / clavulanic acid 2:1 ratio | Intermediate |
| | | | Ticarcillin | Susceptible |
| | | | Trimethoprim / sulfamethoxazole | Susceptible |
| | | | Gentamicin | Susceptible |
| | | | Penicillin | Resistant |
| | | | Ceftiofur | Susceptible |
| | | | Enrofloxacin | Susceptible |
| | | | Cefovecin | Intermediate |
| | | | Cephalothin | Susceptible |
| | | | Amikacin | Susceptible |
| | | | Cefpodoxime | Susceptible |
| | | | Imipenem | Susceptible |
| | | | Erythromycin | Resistant |
| | | | Marbofloxacin | Susceptible |
| | | | Oxacillin+2%NaCl | Resistant |
| | | | Cefoxitin | Susceptible |
| | | | Ticarcillin / clavulanic acid constant 2 | Susceptible |
| | | | Cefazolin | Susceptible |
| | | | Clindamycin | Resistant |
| | | | Doxycycline | Susceptible |
| | | | Chloramphenicol | Susceptible |
| | | | Rifampin | Resistant |
| Lung - 3 | Aerobic culture - 5/13/2022 9:33 AM | | | |
| | No significant growth. | | | |

**Parasitology**

| Specimen | Test Name | Result |
|----------|-----------|--------|
| Burro - Horse - Donkey | | |
| Feces - 2 | Fecal float equine - 5/13/2022 2:03 PM | No parasite ova seen |

**Client Report History**

| Report Type | Delivery Method | Sent To | Date Sent |
|-------------|-----------------|---------|-----------|
| Final | Email | hweber@blm.gov | 5/13/2022 4:40 PM |