TODD KIM, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
MICHELLE M. SPATZ, Trial Attorney
FRANCES B. MORRIS, Trial Attorney
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9741 (Spatz)
(202) 514-2855 (Morris)
michelle.spatz@usdoj.gov
frances.morris@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW <br><br> **JOINT MOTION TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR JUDICIAL NOTICE [ECF NO. 51]** |

Plaintiffs Laura Leigh, Cana Foundation, Wild Horse Education, and Federal Defendants the Bureau of Land Management and Jon Raby, in his official capacity as the State Director for the Bureau of Land Management in Nevada respectfully request that the Court extend the briefing deadlines for Plaintiffs' Motion for Judicial Notice, filed on December 15, 2023, ECF No. 51, to align them with the parties' summary judgment briefing deadlines.

Under Local Rule of Civil Practice 7-2(b), Federal Defendants' response to Plaintiffs' motion for judicial notice is currently due on December 29, 2023, and Plaintiffs' reply is due

January 5, 2024. *See* LR 7-2(b). Because Plaintiffs' motion for judicial notice was filed simultaneously with their motion for summary judgment (ECF No. 50) and relates to their request for summary judgment, the parties believe that it would be most efficient to align the briefing deadlines for Plaintiffs' motion for judicial notice (ECF No. 51) with the summary judgment deadlines set forth in the Court's Order entered on September 27, 2023 (ECF No. 49).

Accordingly, the parties request that the Court extend Federal Defendants' deadline to respond to Plaintiffs' motion for judicial notice to February 23, 2024 (the same day that Federal Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary Judgment are due), and that the Court extend Plaintiffs' deadline to file their reply in support of their motion for judicial notice to March 22, 2024 (the same day that Plaintiffs' reply in support of their motion for summary judgment and opposition to Federal Defendants' cross-motion for summary judgment are due).

Dated: December 18, 2023                    Respectfully Submitted,

TODD KIM, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

 */s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
Wildlife and Marine Resources Section
michelle.spatz@usdoj.gov
(202) 598-9741
FRANCES B. MORRIS, Trial Attorney
Natural Resources Section
frances.morris@usdoj.gov
(202) 514-2855

*Attorneys for Federal Defendants*

*/s/ Jessica L. blome*
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2023, I filed the foregoing Joint Motion to Extend the Briefing Deadlines for Plaintiffs' Motion for Judicial Notice electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice