**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, et al., | |
| Plaintiffs | Case No. 2:22-cv-01200-CDS-BNW |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | **Order Granting Joint Motion to Extend Briefing Deadlines for Plaintiffs' Motion for Judicial Notice** |
| Defendants | [ECF No. 52] |

Based on the parties' joint motion, and for good cause appearing, the motion to extend the briefing deadlines for plaintiffs' motion for judicial notice **[ECF No. 52] is GRANTED**.

IT IS ORDERED that the briefing deadlines are extended as follows:

| | |
|---|---|
| Defendants' Response to Plaintiffs' Motion for Judicial Notice | February 23, 2024 |
| Plaintiffs' Reply in Support of their Motion for Judicial Notice | March 22, 2024 |

DATED: December 19, 2023

_____
U.S. District Judge Cristina D. Silva