# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,

    Defendants.

Case # 2:22-cv-01200-CDS-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jennifer Rae Lovko_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of Greenfire Law, PC
_____
(firm name)

with offices at __2748 Adeline Street, Suite A_____,
(street address)

__Berkeley__, __CA__, __94703__,
(city)   (state)   (zip code)

__510-900-9502__, __rlovko@greenfirelaw.com__.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
__Plaintiffs__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 1, 2000 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.[1]

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District Court, Northern District of California | April 19, 2023 | 208855 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

---

[1] Since April 12, 2006, Petitioner also has been and presently is a member in good standing of the bar of the highest court of the State of Georgia. She currently is inactive in that state. A certificate of good standing is attached herein.

6.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7.  That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
None

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12-11-23 | 3:23-cv-00568-LRH-CSD | District Court | Granted |
| Filed concurrently | 3:22-cv-00034-MMD-CLB | District Court | Pending |
| Filed concurrently | 3:23-cv-00372-LRH-CLB | District Court | Pending |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
COUNTY OF __Alameda__ )

JENNIFER RAE LOVKO, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

21st day of Dec., 2023.

_____
Notary Public or Clerk of Court

SUNGSOO HAN
COMM. #2329637
Notary Public - California
Alameda County
My Comm. Expires July 11, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Danielle M. Holt,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

1149 S. Maryland Parkway,
(street address)

Las Vegas, NV, 89104,
(city)  (state)  (zip code)

702-222-9999, danielle@decastroverdelaw.com.
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Danielle M. Holt__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_Laura Leigh, Individually and President of Wild Horse Education_
(type or print party name, title)

_____
(party's signature)

_Manda Kalimian, President of CANA Foundation_
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Danielle Holt_
Designated Resident Nevada Counsel's signature

13152                    danielle@decastroverdelaw.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

November 13, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER RAE LOVKO, #208855 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2000; that from the date of admission to January 29, 2016, they were an ACTIVE licensee of the State Bar of California; that on January 29, 2016, they transferred at their request to the INACTIVE status; that from that date to July 18, 2016, they were an INACTIVE licensee of the State Bar of California; that on July 18, 2016, they transferred at their request to the ACTIVE status; that from that date to January 3, 2018, they were an ACTIVE licensee of the State Bar of California; that on January 3, 2018, they transferred at their request to the INACTIVE status; that from that date to February 28, 2021, they were an INACTIVE licensee of the State Bar of California; that on February 28, 2021, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records


# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Ms. Jennifer Rae Lovko
5502 Glenn Avenue
San Pablo, CA 94806
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Inactive Member-Good Standing |
| **DATE OF ADMISSION:** | 04/14/2006 |
| **BAR NUMBER:** | 143039 |
| **TODAY'S DATE:** | 11/16/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

STATE BAR OF GEORGIA

*[signature]*

Official Representative of the State Bar of Georgia

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435