**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,

    Defendants.

Case # 2:22-cv-01200-CDS-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No.54]

Jennifer Rae Lovko
(name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Greenfire Law, PC
(firm name)

with offices at 2748 Adeline Street, Suite A
(street address)

Berkeley, CA, 94703
(city) (state) (zip code)

510-900-9502, rlovko@greenfirelaw.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Plaintiffs
[client(s)] to provide legal representation in connection with

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 1, 2000 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.[1]

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District Court, Northern District of California | April 19, 2023 | 208855 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

---

[1] Since April 12, 2006, Petitioner also has been and presently is a member in good standing of the bar of the highest court of the State of Georgia. She currently is inactive in that state. A certificate of good standing is attached herein.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12-11-23 | 3:23-cv-00568-LRH-CSD | District Court | Granted |
| Filed concurrently | 3:22-cv-00034-MMD-CLB | District Court | Pending |
| Filed concurrently | 3:23-cv-00372-LRH-CLB | District Court | Pending |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

4  STATE OF ___California___ )
5                            )
   COUNTY OF ___Alameda___   )

7  JENNIFER RAE LOVKO, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

_____
Petitioner's signature

10 Subscribed and sworn to before me this

11 __21st__ day of __Dec.__, __2023__.

_____
Notary Public or Clerk of Court

SUNGSOO HAN
COMM. #2329637
Notary Public - California
Alameda County
My Comm. Expires July 11, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Danielle M. Holt__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__1149 S. Maryland Parkway__,
(street address)

__Las Vegas__, __NV__, __89104__,
(city)    (state)    (zip code)

__702-222-9999__, __danielle@decastroverdelaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Danielle M. Holt__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

__/s/ Laura Leigh__,
(party's signature)

Laura Leigh, Individually and President of Wild Horse Education
(type or print party name, title)

__/s/ Manda Kalimian__,
(party's signature)

Manda Kalimian, President of CANA Foundation
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

__/s/ Danielle Holt__
Designated Resident Nevada Counsel's signature

13152                danielle@decastroverdelaw.com
Bar number           Email address

**APPROVED:**

Dated: this __18th__ day of __January__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16