TODD KIM, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
MICHELLE M. SPATZ, Trial Attorney
FRANCES B. MORRIS, Trial Attorney
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9741 (Spatz)
(202) 514-2855 (Morris)
michelle.spatz@usdoj.gov
frances.morris@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,

*Federal Defendants.*

Case No. 2:22-cv-01200-CDS-BNW

**CONSENT MOTION TO EXTEND BRIEFING DEADLINES FOR SUMMARY JUDGMENT AND JUDICIAL NOTICE MOTION**

Federal Defendants, the Bureau of Land Management and Jon Raby, in his official capacity as the State Director for the Bureau of Land Management in Nevada, respectfully request that the Court extend the remaining briefing deadlines pertaining to the parties' cross-motions for summary judgment and to Plaintiffs' Motion for Judicial Notice.

Per the Court's order entered on September 27, 2023, ECF Doc. 49, the following deadlines currently apply to the parties' remaining summary judgment briefs:

- **February 23, 2024**: Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (limited to 50 pages).

- **March 22, 2024**: Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment (limited to 40 pages).

- **April 19, 2024**: Federal Defendants shall file their Reply in Support of their Motion for Summary Judgment (limited to 30 pages).

Per the Court's order entered on December 19, 2023, ECF Doc. 53, which aligned the briefing deadlines for Plaintiffs' motion for judicial notice (ECF No. 51) with the summary judgment deadlines set forth above, the following briefing deadlines currently apply to Plaintiffs' motion for judicial notice:

- **February 23, 2024**: Federal Defendants shall file their Opposition to Plaintiffs' Motion for Judicial Notice.

- **March 22, 2024**: Plaintiffs shall file their Reply in Support of their Motion for Judicial Notice.

Counsel for Federal Defendants have conferred with counsel for Plaintiffs regarding a request to extend, due to personal reasons, the above deadlines by 14 days. Plaintiffs consented to the requested extension, subject to the modification of one of the remaining deadlines to account for a conflict.

The amended deadlines that the parties have consented to are as follows:

- **March 8, 2024**: Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (limited to 50 pages) and their Opposition to Plaintiffs' Motion for Judicial Notice.

- **April 12, 2024**: Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment (limited to 40 pages) and their Reply in Support of their Motion for Judicial Notice.

- **May 10, 2024**: Federal Defendants shall file their Reply in Support of their Motion for Summary Judgment.

Accordingly, Federal Defendants respectfully request that the Court enter the amended briefing deadlines set forth above and in the accompanying proposed order.

Dated: February 15, 2024

Respectfully Submitted,

TODD KIM, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
Wildlife and Marine Resources Section
michelle.spatz@usdoj.gov
(202) 598-9741

FRANCES B. MORRIS, Trial Attorney
Natural Resources Section
frances.morris@usdoj.gov
(202) 514-2855

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2023, I filed the foregoing Consent Motion to Extend Briefing Deadlines for Summary Judgment and Judicial Notice Motion electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice