**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**[PROPOSED] ORDER** |

Good cause having been shown, Federal Defendants' Consent Motion to Extend Briefing Deadlines for Summary Judgment and Judicial Notice Motion (ECF No. 58) is GRANTED.

IT IS ORDERED that the summary judgment briefing deadlines set in the Court's order entered on September 27, 2023, ECF Doc. 49, and the deadlines for briefing Plaintiffs' motion for judicial notice (ECF No. 51) set in the Court's order entered on December 19, 2023, ECF Doc. 53, are hereby amended as follows:

- **March 8, 2024**: Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (limited to 50 pages) and their Opposition to Plaintiffs' Motion for Judicial Notice.

- **April 12, 2024**: Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for

Summary Judgment (limited to 40 pages) and their Reply in Support of their Motion for Judicial Notice.

- **May 10, 2024**: Federal Defendants shall file their Reply in Support of their Motion for Summary Judgment.

DATED this ___ day of _____, 2024.

_____
U.S. District Judge Cristina D. Silva