**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>    *Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**DECLARATION OF GARRETT W. SWISHER** |

I, Garrett Swisher, declare and state as follows:

1. Since 2014, I have served as the Bureau of Land Management (BLM) Winnemucca District, Black Rock Field Office's Wild Horse and Burro Specialist.

2. I hold a Bachelor of Science in Rangeland Ecology and Management from Oregon State University. My curricula included numerous courses directly relevant to rangeland resources and interaction with grazing livestock, including horses and burros.

3. I grew up with, and have extensive knowledge of, horses. My family raised quarter horses and was very involved in their animals' breeding, care, training and showing. I train horses from weanlings to finished horses. I farrier (shoe), groom, and, when they are ill,

1

treat horses. I have competed in 4-H, junior rodeo, and still compete in both rodeo and roping competitions. I am a current member of the American Quarter Horse Association.

4. I currently own 3 horses and, over the past 20 years, I have owned more than 15. My passion for horses and burros would not tolerate their inhumane treatment, personally or professionally, be they domestic or wild.

5. My desire to work around horses motivated me to accept a position as a BLM Wild Horse and Burro Specialist, in order to care for and ensure the well-being of wild horses and burros in northern Nevada.

6. As a BLM Wild Horse and Burro Specialist, I am responsible for the management of wild horses and burros within the Winnemucca District and I administer eight Herd Management Areas (HMAs). My duties include monitoring wild horse and burro conditions in the HMAs and evaluating and resolving escalating issues through use of appropriate measures. These measures can include, but are not limited to, water hauling and/or conducting an emergency gather. I also collect data to ascertain wild horse and burro impacts to rangeland resources and habitat components; this data is relevant to determining whether Appropriate Management Levels require modification to ensure a thriving natural ecological balance.

7. The Blue Wing Complex consists of approximately 2,283,300 total acres and encompasses five HMAs, four Herd Areas (HAs), and non-HMA areas where wild horses and burros migrate back and forth. HAs are not managed for wild horse and burro populations; however, animals that migrate from HMAs are occasionally removed from these areas. The HMAs consist of: Kamma Mountains, Seven Troughs Range, Lava Beds, Blue Wing

Mountains, and Shawave Mountains. The HAs within the Complex are Antelope Range, Selenite Range, Trinity Range, and Truckee Range.

8. The Appropriate Management Level (AML) for the Blue Wing Complex is 333-553 wild horses and 55-90 wild burros. AML is defined as the number of wild horses and burros that can be sustained within a designated HMA which achieves and maintains a "thriving natural ecological balance" in keeping with the multiple-use management concept for the area.

9. On January 4, 2022, BLM made a public announcement of its planned gathers for Fiscal Year 2022, including its plan to conduct a gather of 800 wild burros and 200 wild horses at the Blue Wing Complex, beginning on August 1, 2022. BLM conduced the gather from August 1 to August 12, 2022, and gathered 218 wild horses and 804 wild burros.

10. In general, the selection of trap sites utilizes the topography in areas with high probability and access to capture wild horses and burros. The traps are placed in areas where the contractor can hide their vehicles and equipment. Traps consist of a large catch pen with several connected holding corrals, jute-covered wings and a loading chute. The jute-covered wings are made of fibrous material, not wire, to avoid injury to the horses and/or burros. The wings form an alley way used to guide the wild horses and/or burros to the trap. Trap locations are changed frequently, sometimes as often as daily, during the gather to reduce the distance that the animals must travel. For some gathers, including the 2022 Blue Wing Complex gather, a helicopter is used to locate and herd animals to the trap location. The pilot uses a pressure and release system while guiding animals to the trap sites, allowing them to travel at their own pace. When wild horses approach the trap site, the contractor will release a domestic parada/guide horse that will guide the wild horses to the trap. For burros, cowboys on

horseback assist the helicopter with herding the burros into the trap. Once horses and/or burros are gathered, they are removed from the trap and transported to a temporary holding facility where they are sorted.

11. Generally, public viewing locations at trap sites must be a minimum of 1,000 feet from an area that the helicopter may be herding horses or flying over to comply with FAA and contract requirements. We try to put the public in an area where they can see most if not all of the operation but far enough that when the helicopter or wranglers are working the animals they will not be disturbed by the public. Wild horses and/or burros that have not been trapped or around humans are very flighty and will react to many things around them. For the safety of the animals and wranglers, it is critical to minimize any unnecessary movements. Due to the nature of a trap needing a geographical feature such as a hill or a turn so the horses and burros can't see the trap before being herded into it, the public usually cannot be located in a spot to see the entire run. It is critical to conceal observers and vehicles to avoid scaring the animals, so the gather can be effective. Public observation locations are carefully selected to ensure the safety of animals and members of the public.

12. For the 2022 Blue Wing Complex gather, the trap site for August 1 through August 3, 2022, was selected due to the terrain to hide the trap (wings and panels), vehicles and equipment from view of the wild burros, and due to the close proximity to the animals' location within Granite Springs Valley near Porter Spring. The area was quite flat and open with limited geographical features to hide vehicles and members of the public, so the public viewing location was placed approximately 1.8 miles away from the trap location, at a spring source with tree cover and fencing to minimize the risk of injury to the animals and the observers. The tree cover was essential to conceal vehicles and members of the public and

4

ensure their safety during the gather operation. The BLM considered other locations that were closer to the trap site, but determined they were unsuitable due to how the burros would travel while being herded to the trap. Since the pilot utilizes pressure and release tactics to herd horses and/or burros, the helicopter needed the capability to be able to maneuver in order to herd the animals to the trap site. These alternative areas that were not selected were on the direct path of the burros that would be traveling down to the trap site. I have learned from past experience about selecting locations where members of the public can safely view the gather operations without being put in harm's way as the helicopter is herding animals to the trap. If members of the public were present at other locations nearer to the trap site, they would have been run over by the animals, and the helicopter would have had to avoid the area and would not have been able to make any correction to the burros traveling paths. Observers would have been surrounded by animals targeted for removal and these animals would have to travel in multiple directions in order to get down to the trap location.

13. The trap site was moved on August 4, 2022 to an area located on the east side of the Seven Troughs Mountain Range. The area was selected due to the terrain to hide the trap, vehicles and equipment from view of the wild burros, and due to the close proximity to the animals' location within Sage Valley near Vernon Well. The public observation site was also moved to remain within viewing distance of the trap site. The distance between the viewing location and the trap site was approximately 0.7 miles. The trap site remained in this location until August 7, 2022.

14. On August 9, 2022 the trap was moved to the Antelope Herd Area. The trap remained there until the morning of August 10, 2022, when it was moved back to the first trap site near Porter Spring in Granite Springs Valley. The public observation site was located

approximately 0.9 miles from the Antelope HA trap site. This trap site was selected due to the proximity to the wild horses in the area and the topography, which enabled the gather contractor to effectively hide the trap, equipment, and personnel associated with the trapping operations.

15. On August 10, 2022, the trap was moved back to the first trap site in Granite Springs Valley. The same observation site that was used at this trap site previously (approximately 1.8 miles away from the trap location) was used again for the two days that capture operations were conducted for wild horses in this area (August 10 and August 11).

16. On August 12, 2022, the trap was moved again to an area within the Shawave Mountains HMA. The public observation site was approximately 1.02 miles from the trap site. These were the same trap and observation sites that were used during the 2020 Shawave Mountains HMA gather. The trap site was selected due to the proximity to the wild horses in the area and the topography, which enabled the gather contractor to effectively hide the trap, equipment, and personnel associated with the trapping operations. This trap site was used for one day, after which trapping operations were completed for the 2022 Blue Wing Complex wild horse and burro gather.

17. All traps used for the 2022 Blue Wing Complex gather were located on public lands and public observation was offered every day of the gather operations. Consistent with BLM policy, BLM provided public observation sites each day of the Blue Wing Complex gather in a safe area that allowed viewing of the operations while not jeopardizing the safety of the animals, staff, or disrupting gather operations. Additionally, BLM Winnemucca District staff escorted the public to the observation site each day of the gather.

18. Once wild horses and burros are in the trap, the contractor moves them by truck/trailer to a temporary holding facility/corral, where they will be fed, watered, and sorted by sex and condition, and checked for injuries or chronic conditions. Gathered animals may stay at the temporary holding corrals for one or two days, then they will be hauled by semi-truck to either public or private off-range corrals, where they will continue to be cared for in anticipation of adoption, sale, or long-term care in Midwestern pastures.

19. Temporary holding corral locations, depending on the gather operations, can be located on private or public lands depending on the location of animals within the gather area. The gather contractor is responsible for arranging the location of the temporary holding corral and tries to place it within appropriate driving distance from trap site location in order to be able to safely transport animals from the trap site to the temporary holding corral where animals are sorted. The location for temporary holding corrals is selected by the gather contractor based on several factors, including access to roads to allow for heavy equipment such as semi-trucks, trucks and trailers, and helicopters, as well as security, and access to water. If a temporary holding corral is located on private land, this is an agreement between the gather contractor and landowner. Some landowners may be comfortable with allowing public access, but others will not agree to public access.

20. For the 2022 Blue Wing Complex gather, the gather contractor selected a location for temporary holding corrals due to its close proximity to access roads that were accessible to semi-trucks, water availability, and the ability to keep animals safe. This site was selected after looking at several other locations on public and private lands within the gather area because it was accessible by main county roads and the ability to access a well that produces approximately 1,000 gallons of water per minute to keep the dust to a minimum

within the corrals and keep the animals watered with no logistical challenges to haul the water. This site was also chosen due to its close proximity to areas where the wild horses and burros are frequently observed and where the trap sites were located during the gather. For the 2022 Blue Wing Complex gather, the private landowner denied public access due to liability concerns.

21. The gathered wild horses removed from the Blue Wing Complex were shipped to the Palomino Valley Off-Range Wild Horse Off-Range Corrals (PVC), located in Reno, NV. PVC is a BLM-operated preparation and adoption facility that serves as a preparation center for wild horses and burros gathered from public lands in Nevada and other nearby states. PVC is open to the public Monday-Friday, from 8am-4pm. Adoptions are by appointment only. None of the gathered wild horses from the 2022 Blue Wing Complex gather are still at the facility.

22. The gathered wild burros removed from the Blue Wing Complex were shipped to the Axtell Off-Range Wild Horse and Burros Corrals, located in Axtell, UT. Axtell Off-Range facility is a contracted Off-Range Corral which is privately owned and not open to the public for viewing or observation. Currently, 356 wild burros from the 2022 Blue Wing Complex gather remain at the Axtell Off-Range facility. The other wild burros from the 2022 Blue Wing Complex gather have been distributed to other facilities and adoption events, with a total of 319 wild burros adopted or sold into private care and placement.

23. The wild horses and burros were not shipped to the same holding facility due to available capacities of the respective Off-Range Corral facilities. BLM must ensure that it has sufficient space to adequately handle the national gather priorities for the entire Wild Horse and Burro Program. That means that BLM may need to send gathered animals to different

places, including BLM-operated and contracted facilities, depending on available space and geographic location.

I declare under penalty of perjury that the foregoing is true and correct.

Executed 8th day of March 2024.

GARRETT SWISHER
Digitally signed by GARRETT SWISHER
Date: 2024.03.08 07:31:16 -08'00'

Garrett Swisher