DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
JENNIFER RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Defendants.* | CASE NO. 2:22-cv-01200-CDS-BNW <br><br> **SUPPLEMENTAL DECLARATION OF LAURA LEIGH IN SUPPORT OF PLAINTIFFS' REPLY ON SUMMARY JUDGMENT** |

I, Laura Leigh, declare as follows:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2. For the burro gathers in Blue Wing Complex, only 2 members of the public were present to access and observe gather operations.

3. Rather than locating public viewing locations between .7 and 1.8 miles from trap sites, where observation of all activities were obscured by terrain and distance, reasonable alternatives exist, including those which BLM has routinely used for observation locations for years.

4. For example, BLM could allow the public to move closer to the trap locations with the proviso that they not leave their vehicles. At all trap sites in the Blue Wing Complex, there are public roadways that would have allowed vehicles access to closer viewing. BLM has offered this alternative in the past.

5. BLM also could have set up an observation area closer to the traps, utilizing jute blinds to separate the public from animals being gathered. This would have allowed access to closer viewing. BLM has offered this alternative in the past.

6. Also, on August 1-3 and August 12, 2002, the two members of the public attending the gathers could have been positioned in an abandoned, fenced cattle pen that was located approximately 200 feet from the trap site. This location was not in the path of any helicopters or animals, and the location would have allowed the public an opportunity to (at least) view the loading at trap and condition of burros as they passed by on a trailer.

7. During the 2022 gather operations, horses were shipped to the Palomino Valley Off-Range Corrals directly from trap sites. Public viewing at Palomino Valley was available. Captured burros were sent to a temporary holding facility on privately-owned land, where they stayed for up to three days before being sent to the Axtell Off-Range Corrals. Public viewing was prohibited at Axtell.

8. At no time during any part of the 2022 capture, handling, or processing was clear observation provided to view conditions or handling of burros.

9. In 2020, when horses were gathered from the Blue Wing Complex, the same

privately-owned temporary holding facility was utilized as for the 2022 gathers. At that time, the public was allowed access to observe the condition of horses.

10. BLM's policy regarding access to temporary and off-range corrals does not appear to be based on any impartial objective. I and members of WILD HORSE EDUCATION are sometimes allowed access to corrals on private lands and sometimes not, even on land owned by the same person.

11. BLM has released a new gather schedule. (This schedule is available at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.blm.gov/sites/default/files/docs/2024-02/Tentative%20National%202024%20%20Gather%20Sched.%20Revised%20Feb%201%202024.pdf.) The Blue Wing Complex is on the schedule for another removal, which is set to begin on July 8. The schedule notes that BLM intends to capture 1,373 horses and 356 burros, reducing the population of burros dangerously low and potentially below genetic viability. BLM has not released any Decision of NEPA Adequacy or conducted any supplemental environmental review for this gather, although BLM has done so for future gathers in other HMAs/HMA complexes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of April 2024.

> */s/ Laura Leigh*
> Laura Leigh
> President, Wild Horse Education