**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**[PROPOSED] ORDER** |

Good cause having been shown, the parties' Joint Motion to Extend the Briefing Deadlines for Plaintiffs' Second Motion for Judicial Notice (ECF No. 66) is GRANTED.

IT IS ORDERED that the briefing deadlines for Plaintiffs' Second Motion for Judicial Notice (ECF No. 65) are as follows:

| | |
|---|---|
| Federal Defendants' Response to Plaintiffs' Second Motion for Judicial Notice | May 10, 2024 |
| Plaintiffs' Reply in Support of their Second Motion for Judicial Notice | May 24, 2024 |

DATED this ___ day of _____, 2024.

_____
U.S. District Judge Cristina D. Silva

1