**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, <br><br>            Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br>            Defendants | Case No. 2:22-cv-01200-CDS-BNW <br><br> **Order Granting Joint Motion to Extend the Briefing Deadlines** <br><br> [ECF No. 66] |

Based on the agreement of the parties, and good cause having been shown, the parties' Joint Motion to Extend the Briefing Deadlines for Plaintiffs' Second Motion for Judicial Notice **[ECF No. 66] is GRANTED**.

IT IS ORDERED that the briefing deadlines for Plaintiffs' Second Motion for Judicial Notice (ECF No. 65) are as follows:

| | |
|---|---|
| Federal Defendants' Response to Plaintiffs' Second Motion for Judicial Notice | May 10, 2024 |
| Plaintiffs' Reply in Support of their Second Motion for Judicial Notice | May 24, 2024 |

Dated: April 19, 2024

_____
U.S. District Judge Cristina D. Silva