DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**PLAINTIFFS' SUBSTITUTION OF ATTORNEY** |

Plaintiffs CANA FOUNDATION, a non-profit corporation; LAURA LEIGH, individually; and WILD HORSE EDUCATION, a nonprofit corporation, hereby substitute Brent M. Resh, Esq. of BRENT RESH LAW, PLLC. located at: 2401 La Solana Way, Las Vegas,

1

Nevada, 89102; Telephone number: 702-781-6903; Email address: brent@brentreshlaw.com, as local counsel of record in place and stead of: Danielle M. Holt, Esq. / DE CASTROVERDE LAW GROUP.

DATED this 4th day of September, 2024.          DATED this 12th day of August, 2024.

/s/ *Manda Kalimian*

_____          _____
CANA FOUNDATION                                            LAURA LEIGH

DATED this 12th day of August, 2024.

_____
WILD HORSE EDUCATION

I, Danielle M. Holt, Esq. Consent to the above Substitution.

DATED this 4th day of September, 2024.

_____
Danielle M. Holt, Esq.
Nevada Bar No. 13152

1  I, Brent M. Resh, Esq., am duly admitted to practice in this District and have been retained by
2  the Plaintiffs named herein to be their local counsel of record. The above Substitution is
3  Accepted.
4  
5  DATED this 4th day of September, 2024.

   _____
   Brent M. Resh, Esq.
   Nevada Bar No. 14940
   Brent Resh Law, PLLC.
   2401 La Solana Way
   Las Vegas, NV 89102

   THE ABOVE SUBSTITUTION IS APPROVED.

   DATED this ___ day of _____, 2024.

   _____
   UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th Day of September, 2024, I filed the foregoing electronically through the CM/ECF system with the Clerk of the Court for the United States District Court for the District of Nevada. Participants in the case registered with CM/ECF will be served, which includes counsel of record for all parties in this case.

_____
Danielle M. Holt