**ATLN**
Alex J. De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
Kimberly Valentin
Nevada Bar No. 12509
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: Kimberly@dlgteam.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CANA Foundation, a non-profit corporation, Laura Leigh, individually, and Wild Horse Education, a non-profit corporation, | CASE NO.: 2:22-cv-01200-MMD-BNW |
| Plaintiff, | **NOTICE OF LIEN FOR ATTORNEY COSTS** |
| v. | |
| United States Department of Interior, Bureau of Land Management, and Jon Raby, Nevada State Director, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the undersigned attorney, DE CASTROVERDE LAW GROUP, makes a claim against CANA Foundation, a non-profit corporation, Laura Leigh, individually, and Wild Horse Education, a non-profit corporation,

//

//

//

//

//

1  for costs in excess of $250.00, plus interest.

3      DATED this __2nd__ day of October, 2024.

                              **DE CASTROVERDE LAW GROUP**

                              By: */s/ Kimberly Valentin*
                                Orlando De Castroverde
                                Nevada Bar No. 7320
                                Alex De Castroverde
                                Nevada Bar No. 6950
                                Kimberly Valentin
                                Nevada Bar No. 12509
                                1149 S. Maryland Parkway
                                Las Vegas, Nevada 89104
                                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2nd, 2024, I filed the foregoing NOTICE OF LIEN FOR ATTORNEY COSTS electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                              __/s/ Lexi Monreal_____
                                              An Employee of De Castroverde Law Group