**NVD**
Alex J. De Castroverde
Nevada Bar No. 6950
Kimberly Valentin
Nevada Bar No. 12509
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: kimberly@dlgteam.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CANA Foundation, a non-profit corporation, Laura Leigh, individually, and Wild Horse Education, a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>United States Department of Interior, Bureau of Land Management, and Jon Raby, Nevada State Director,<br><br>    Defendants. | CASE NO.: 2:22-cv-01200-MMD-BNW<br><br>**NOTICE OF WITHDRAWING PLAINTIFF'S NOTICE OF LIEN FOR ATTORNEY COSTS** |

DE CASTROVERDE LAW GROUP, hereby withdraws their NOTICE OF LIEN FOR ATTORNEY COSTS that was electronically served on October 02, 2024.

DATED this 3rd day of October, 2024.

**DE CASTROVERDE LAW GROUP**

By:/s/ Kimberly Valentin
  Kimberly Valentin, Esq.
  Nevada Bar No. 12509
  1149 S. Maryland Parkway
  Las Vegas, Nevada 89104
  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October  3rd , 2024, I filed the foregoing NOTICE OF LIEN FOR ATTORNEY COSTS electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　 */s/ Lexi Monreal*
　　　　　　　　　　　　　　　　　　An employee of De Castroverde Law Group