TODD KIM, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
MICHELLE M. SPATZ, Trial Attorney
FRANCES B. MORRIS, Trial Attorney
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9741 (Spatz)
(202) 514-2855 (Morris)
michelle.spatz@usdoj.gov
frances.morris@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CANA FOUNDATION, a non-profit
corporation, LAURA LEIGH, individually, and
WILD HORSE EDUCATION, a nonprofit
corporation,

    *Plaintiffs,*

       v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, BUREAU OF LAND
MANAGEMENT, and JON RABY, Nevada
State Director of the Bureau of Land
Management,

    *Federal Defendants.*

Case No. 2:22-cv-01200-CDS-BNW

**CONSENT MOTION TO EXTEND
SETTLEMENT CONFERENCE
DEADLINES [ECF NO. 80]**

      On September 25, 2024, the Court entered an Order Scheduling Settlement Conference, which scheduled a settlement conference for October 30, 2024, at 10:00 a.m. via Zoom, a pre-Settlement Conference telephonic conference for October 29, at 3:00 p.m., and a deadline of October 23, by 4:00 p.m. for the parties to submit their Confidential Written Evaluation Statements. ECF No. 80.

      Due to prior competing litigation obligations, Federal Defendants seek to reschedule the Settlement Conference and related deadlines. Federal Defendants have conferred with Plaintiffs

to identify mutual availability between the parties and their counsel. Based on those conversations, Federal Defendants respectfully request that the Court reschedule the Settlement Conference deadlines as follows:

- <u>Settlement Conference</u>: November 6 or 7, 2024 (dependent on United States Magistrate Judge Brenda Weksler's availability)

- <u>Pre-Settlement Conference Telephonic Conference</u>: One day prior to the Settlement Conference

- <u>Confidential Written Evaluation Statements</u>: Seven days prior to the Settlement Conference

Federal Defendants have conferred with Plaintiffs and Plaintiffs consent to this requested relief.


Dated: October 10, 2024                    Respectfully Submitted,

                                           TODD KIM, Assistant Attorney General
                                           United States Department of Justice
                                           Environment and Natural Resources Division

                                           */s/ Michelle M. Spatz*
                                           MICHELLE M. SPATZ, Trial Attorney
                                           Wildlife and Marine Resources Section
                                           michelle.spatz@usdoj.gov
                                           (202) 598-9741
                                           FRANCES B. MORRIS, Trial Attorney
                                           Natural Resources Section
                                           frances.morris@usdoj.gov
                                           (202) 514-2855

                                           *Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2024, I filed the foregoing Consent Motion to Extend Settlement Conference Deadlines electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice