# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>  *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>  *Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**[PROPOSED] ORDER** |

Good cause having been shown, Federal Defendants' Consent Motion to Extend Settlement Conference Deadlines (ECF No. 83) is GRANTED.

IT IS ORDERED that the Settlement Conference and related deadlines set in the Court's Order Scheduling Settlement Conference, ECF No. 80, are rescheduled as follows:

- <u>Settlement Conference</u>: November 6 or 7, 2024 (dependent on United States Magistrate Judge Brenda Weksler's availability)

- <u>Pre-Settlement Conference Telephonic Conference</u>: One day prior to the Settlement Conference

- <u>Confidential Written Evaluation Statements</u>: Seven days prior to the Settlement Conference

DATED this ___ day of _____, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE