TODD KIM, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
MICHELLE M. SPATZ, Trial Attorney
FRANCES B. MORRIS, Trial Attorney
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9741 (Spatz)
(202) 514-2855 (Morris)
michelle.spatz@usdoj.gov
frances.morris@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>　　*Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**JOINT STATUS REPORT** |

Per the Court's Minute Order entered on October 11, 2024, ECF No. 84, Federal Defendants and Plaintiffs have met and conferred regarding their availability to attend a settlement conference during the dates listed in the Court's Minute Order. The parties have mutual availability on the following dates: December 9, 2024; and December 10, 2024.

1

Dated: October 18, 2024                Respectfully Submitted,

| | |
|---|---|
| TODD KIM, Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Division<br><br> /s/ Michelle M. Spatz<br>MICHELLE M. SPATZ, Trial Attorney<br>Wildlife and Marine Resources Section<br>michelle.spatz@usdoj.gov<br>(202) 598-9741<br>FRANCES B. MORRIS, Trial Attorney<br>Natural Resources Section<br>frances.morris@usdoj.gov<br>(202) 514-2855<br><br>*Attorneys for Federal Defendants* | /s/ Jessica L. Blome<br>Jessica L. Blome<br>(Cal. Bar No. 314898, admitted pro hac vice)<br>GREENFIRE LAW, PC<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>(510) 900-9502<br>jblome@greenfirelaw.com<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 18, 2024, I filed the foregoing Joint Status Report electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice