**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, | )<br>)<br>)<br>) Case No. 2:22-cv-01200-CDS-BNW<br>) |
|        *Plaintiffs*, | )<br>)<br>) **[PROPOSED] ORDER** |
|        v. | )<br>) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, | )<br>)<br>)<br>)<br>) |
|        *Federal Defendants.* | )<br>)<br>) |

Good cause having been shown, Defendants' Motion to Modify Order Scheduling Settlement Conference, ECF No. 86, is GRANTED.

IT IS ORDERED that Defendants are excused from producing a representative with full and immediate settlement authority at the settlement conference.

IT IS FURTHER ORDERED that Alan Shepherd, Deputy Nevada State Director for the Bureau of Land Management, may attend in place of Jon Raby, Nevada State Director of the Bureau of Land Management.

DATED this ___ day of _____, 2024.

_____
U.S. Magistrate Judge Brenda Weksler