LISA LYNNE RUSSELL, Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
MICHELLE M. SPATZ, Trial Attorney
FRANCES B. MORRIS, Trial Attorney
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9741 (Spatz)
(202) 514-2855 (Morris)
michelle.spatz@usdoj.gov
frances.morris@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW <br><br> **JOINT STATUS REPORT** |

Per the parties' joint Status report filed on January 21, 2025, ECF No. 92, Federal Defendants and Plaintiffs submit this joint status report on the status of Federal Defendants' evaluation of Plaintiffs' request for attorney's fees and the parties' efforts to obtain the necessary approvals for their settlement agreement in principle to resolve Plaintiffs' First Amendment

1

claim (Sixth Cause of Action) that the Court referred to mediation in its Order on summary judgment. *See* ECF No. 79 at 39.[1]

Since the parties' last status report, ECF No. 92, Federal Defendants have provided Plaintiffs with a counterproposal to their opening request for attorneys' fees and costs and a proposed draft settlement agreement memorializing the terms of the parties' settlement agreement in principle to resolve Plaintiffs' First Amendment claim (Sixth Cause of Action). On February 15, 2025, Plaintiffs provided proposed edits to the draft settlement agreement and responded to Federal Defendants' counterproposal on fees. Plaintiffs provided additional billing records on February 26, 2025. Federal Defendants are currently reviewing those billing records, and the parties continue to discuss whether informal resolution of Plaintiff's fee request is possible.

If and when the parties reach a tentative agreement on the resolution of Plaintiffs' fees request and the language of the settlement agreement, Federal Defendants will be able to begin their approval process, under which appropriate officials at BLM and DOJ must review and approve the agreement.

In light of the estimated time needed for the parties to continue their settlement discussions, the parties plan to file another joint status report by **March 20, 2025**, if they have not filed a settlement agreement by that date.

Dated: February 26, 2025                          Respectfully Submitted,

---

[1] Please note that Federal Defendants do not currently have authorization to enter a settlement agreement and, in the event that the parties reach an agreement, such agreement is subject to the review and approval of the appropriate officials at the Bureau of Land Management ("BLM") and the United States Department of Justice ("DOJ").

2

| | |
|---|---|
| LISA LYNNE RUSSELL, Deputy Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Division<br><br>*/s/ Michelle M. Spatz*<br>MICHELLE M. SPATZ, Trial Attorney<br>Wildlife and Marine Resources Section<br>michelle.spatz@usdoj.gov<br>(202) 598-9741<br>FRANCES B. MORRIS, Trial Attorney<br>Natural Resources Section<br>frances.morris@usdoj.gov<br>(202) 514-2855<br><br>*Attorneys for Federal Defendants* | */s/ Jessica L. Blome*<br>Jessica L. Blome<br>(Cal. Bar No. 314898, admitted pro hac vice)<br>GREENFIRE LAW, PC<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>(510) 900-9502<br>jblome@greenfirelaw.com<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2025, I filed the foregoing Joint Status Report electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice