ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
MICHELLE M. SPATZ, Trial Attorney
FRANCES B. MORRIS, Trial Attorney
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9741 (Spatz)
(202) 514-2855 (Morris)
michelle.spatz@usdoj.gov
frances.morris@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>        *Plaintiffs*,<br><br>              v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>        *Federal Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:22-cv-01200-CDS-BNW

**JOINT STATUS REPORT**

Per the parties' joint Status report filed on February 26, 2025, ECF No. 93, Federal Defendants and Plaintiffs submit this joint status report on the status of Federal Defendants' evaluation of Plaintiffs' request for attorney's fees and the parties' efforts to obtain the necessary approvals for their settlement agreement in principle to resolve Plaintiffs' First Amendment

claim (Sixth Cause of Action) that the Court referred to mediation in its Order on summary judgment. *See* ECF No. 79 at 39.[1]

Since the parties' last status report, ECF No. 93, counsel for the parties have agreed on language for a settlement agreement to resolve Plaintiffs' First Amendment claim (Sixth Cause of Action) and an amount to resolve Plaintiffs' claim for attorneys' fees and costs, which they are willing to recommend to their clients. Now that a tentative agreement on the resolution of Plaintiffs' fees request and the language of the settlement agreement has been reached, Federal Defendants can begin their approval processes, under which appropriate officials at BLM, and subsequently DOJ, must review and approve the agreement. Given the ongoing transitions of leadership at BLM and DOJ, Federal Defendants anticipate that they will need more time than usual for these approval processes. In light of the estimated time needed, the parties plan to file another joint status report by **May 20, 2025**, if they have not filed a settlement agreement by that date.

Dated: March 20, 2025                              Respectfully Submitted,

---

[1] Please note that Federal Defendants do not currently have authorization to enter a settlement agreement and any such agreement is subject to the review and approval of the appropriate officials at the Bureau of Land Management ("BLM") and the United States Department of Justice ("DOJ").

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
Wildlife and Marine Resources Section
michelle.spatz@usdoj.gov
(202) 598-9741
FRANCES B. MORRIS, Trial Attorney
Natural Resources Section
frances.morris@usdoj.gov
(202) 514-2855

*Attorneys for Federal Defendants*

*/s/ Jessica L. Blome*
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2025, I filed the foregoing Joint Status Report electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


/s/ *Michelle M. Spatz*
Michelle M. Spatz
U.S. Department of Justice