ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MICHAEL THORP, Deputy Chief
DAVID HARRINGTON, Assistant Chief
FRANCES B. MORRIS, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-2855
Frances.morris@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br>　　　　*Plaintiffs*,<br>　　v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br>　　　　*Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**MOTION TO WITHDRAW** |

Under Local Civil Rule LR IA 11-6, Defendants respectfully move the Court for an order withdrawing Frances B. Morris as one of their counsel due to her departure from the Department of Justice effective May 2, 2025.  Defendants will continue to be represented by Michelle M. Spatz, and Ms. Morris's withdrawal will not result in delay of this case.

Dated: April 28, 2025

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　ADAM R.F. GUSTAFSON
　　　　　　　　　　　　Acting Assistant Attorney General

1

United States Department of Justice
Environment & Natural Resources Division

 /s/ Frances B. Morris
Frances B. Morris, Trial Attorney
D.C. Bar No. 1016833
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-2855
Email: frances.morris@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2025, I filed the foregoing Motion to Withdraw electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Frances B. Morris*
Frances B. Morris
U.S. Department of Justice