**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>    *Federal Defendants*. | Case No. 2:22-cv-01200-CDS-BNW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

On April 28, 2025, Defendants filed a motion to withdraw Frances B. Morris as counsel due to her departure from the Department of Justice (ECF No. 96). Good cause having been shown, the motion to withdraw Ms. Morris as counsel for Defendants is granted.

IT IS SO ORDERED.

DATED this ___ day of _____, 2025.

                                                      _____
                                                      MIRANDA M. DU
                                                      CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28