ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MICHAEL THORP, Deputy Chief
DAVID HARRINGTON, Assistant Chief
FRANCES B. MORRIS, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-2855
Frances.morris@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, <br> *Plaintiffs*, <br> v. <br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br> *Defendants*. | Case No. 2:22-cv-01200-CDS-BNW <br><br> **MOTION TO WITHDRAW** |

Under Local Civil Rule LR IA 11-6, Defendants respectfully move the Court for an order withdrawing Frances B. Morris as one of their counsel due to her departure from the Department of Justice effective May 2, 2025. Defendants will continue to be represented by Michelle M. Spatz, and Ms. Morris's withdrawal will not result in delay of this case.

Dated: April 28, 2025

                     Respectfully Submitted,

                     ADAM R.F. GUSTAFSON
                     Acting Assistant Attorney General

United States Department of Justice
Environment & Natural Resources Division

*/s/ Frances B. Morris*
Frances B. Morris, Trial Attorney
D.C. Bar No. 1016833
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-2855
Email: frances.morris@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2025, I filed the foregoing Motion to Withdraw electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Frances B. Morris*
Frances B. Morris
U.S. Department of Justice

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,

   *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,

   *Federal Defendants.*

Case No. 2:22-cv-01200-CDS-BNW

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

On April 28, 2025, Defendants filed a motion to withdraw Frances B. Morris as counsel due to her departure from the Department of Justice (ECF No. 96). Good cause having been shown, the motion to withdraw Ms. Morris as counsel for Defendants is granted.

IT IS SO ORDERED.

DATED this 29th day of April, 2025.

_____
BRENDA WEKLSER
UNITED STATES MAGISTRATE JUDGE