1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 2:22-cv-01200-MMD-BNW<br><br>**[PROPOSED] ORDER ADOPTING STIPULATED SETTLEMENT AGREEMENT ON PLAINTIFFS' SIXTH CAUSE OF ACTION AND CLAIM FOR ATTORNEYS' FEES AND COSTS** |

On June 20, 2025, the parties filed a joint motion for entry of their stipulated settlement agreement on Plaintiffs' Sixth Cause of Action and claim for attorneys' fees and costs (ECF No. 100). Good cause having been shown, the parties' Stipulated Settlement Agreement (ECF Doc. No. 100) is ENTERED and its terms are ADOPTED as part of this Order.

IT IS SO ORDERED.

DATED this ___ day of _____, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE